**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Robert<br>First name<br><br>W.<br>Middle name<br><br>Kamphuis, Jr.<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Bob W. Kamphuis |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3481 |  |

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5. Where you live**

1209 Silver Ridge Court
Greenville, MI 48838
Number, Street, City, State & ZIP Code

Montcalm
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

■ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Partner/Business

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**                          page 2

Debtor 1    Robert W. Kamphuis, Jr.                    Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- �■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.**   **How you will pay the fee**

- �■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.**   **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10.**   **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| | Debtor | Thomas David Rose | Relationship to you | Business Partner |
|---|---|---|---|---|
| | District | Eastern District of Michigan, Southern Division | When 4/10/19 | Case number, if known 19-45442 |
| | Debtor | | Relationship to you | |
| | District | | When | Case number, if known |

**11.**   **Do you rent your residence?**

- ☑ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Robert W. Kamphuis, Jr.

| Robert W. Kamphuis, Jr. | Signature of Debtor 2 |
|---|---|
| Signature of Debtor 1 | |

Executed on   April 9, 2019                                   Executed on _____
                         MM / DD / YYYY                                             MM / DD / YYYY

Debtor 1    Robert W. Kamphuis, Jr.            Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Stuart A. Gold | Date | April 9, 2019 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Stuart A. Gold P27766
Printed name

Gold, Lange & Majoros PC
Firm name

24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075
Number, Street, City, State & ZIP Code

Contact phone    (248) 350-8220      Email address    sgold@glmpc.com

P27766 MI
Bar number & State

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

| | | |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $  70,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $  109,373.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | $  179,373.00 |

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $  107,037.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $  0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $  8,267,816.91 |
| | **Your total liabilities** | $  8,374,853.91 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---:|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $  5,554.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*................................................... | $  5,549.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Robert W. Kamphuis, Jr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

**1.1**

1209 Silver Ridge Court
Street address, if available, or other description


Greenville           MI      48838-0000
City                 State   ZIP Code


Montcalm
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

joint with Betsy E. Kamphuis
2018 SEV $57,000.00

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $140,000.00 | $70,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenancy by the Entireties

☐ Check if this is community property
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................................=>**

| $70,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| 3.1 | Make: | 2010 |
|---|---|---|
| | Model: | Subaru |
| | Year: | Legacy |
| | Approximate mileage: | approx. 260,000 |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,500.00 | $2,500.00 |

| 3.2 | Make: | 2014 |
|---|---|---|
| | Model: | Subaru |
| | Year: | Impreza |
| | Approximate mileage: | approx. 50,000 |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>   **$12,500.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Household goods and furniture including appliances joint with non-filing spouse - $15,000.00 total | $7,500.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Electronics tvs, cell phones, etc joint with non-filing spouse - $2,000.00 total | $1,000.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☑ Yes. Describe.....

   | | |
   |---|---|
   | Grandfather clock<br>joint with non-filing spouse - $5,000.00 total | $2,500.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe.....

   | | |
   |---|---|
   | Exercise equipment, bikes, etc.<br>joint with non-filing spouse - $500.00 total | $250.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe.....

    | | |
    |---|---|
    | Clothing | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe.....

    | | |
    |---|---|
    | Jewelry | $1,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☐ No
    - ☑ Yes. Describe.....

    | | |
    |---|---|
    | Dog<br>joint with non-filing spouse | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☑ No
    - ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

    | |
    |---|
    | $13,250.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.......................................................................................................

| | | |
|---|---|---|
| | Cash | $25.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | Chase Bank ending #4327<br>joint with non-filing spouse - negative $107.00 | $0.00 |
| 17.2. | Checking | Chase Bank ending #1153<br>joint with non-filing spouse - $102.00 | $51.00 |
| 17.3. | Checking | Chase Bank - disabled sister's bank account,<br>Debtor is listed jointly for emergency purposes<br>only, none of the funds in the account belong to<br>the Debtor<br>joint with Kathy Kamphuis, sister - $743.00 total | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Deliver Dental Solutions, Inc. dba Detroit Dental Institute  joint with Thomas Rose - currently not operating<br>Shareholder interest valuation based on book value - value of assets do not exceed outstanding liabilities. | 50% | % | $0.00 |
| DDS-Tapestry Dental, LLC  dba Tapesry Dental - joint with Thomas Rose - not currently operating<br>Deliver Dental Solutions, Inc. dba Detroit Dental Institute  joint with Thomas Rose - currently not operating<br>Shareholder interest valuation based on book value - value of assets do not exceed outstanding liabilities. | 50 | % | $0.00 |
| Blackjack BBQ, Rib, Kabobs, Pizza, Inc. dba Rage Pizza - currently operating<br>Assets DO exceed liabilities | 6 | % | Unknown |
| Caring4Nurses (est.) | 10% | % | $0.00 |

| | | | |
|---|---|---|---|
| Belize Resort Holding Company (est.) | 10% | % | $0.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                    Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
                    Type of account:                    Institution name:

| | | |
|---|---|---|
| IRA | TransAmerica | $2,000.00 |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................                    Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............     Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Accrued 2018 tax refund estimated based on 2017<br>IRS = $30,520.00<br>SOM = $6,870.00<br>joint with non-filing spouse - $37,390.00 total | IRS and State | $18,695.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes. Give specific information..

| | |
|---|---|
| One or more of the debtor's businesses set forth in paragraph 19, may reflect officer or shareholder loans owing to the debtor. The debtor has, from time to time, contributed funds to the businesses for on going opeartions. Debtor is of the opinion that, with the exception of Blackjack BBQ, any such obligations owing to him are uncollectable or otherwise may be deemed capital contributions. Debtor believes he is owed $30,000 from Blackjack BBQ | $30,000.00 |

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| BCBS health insurance | | $0.00 |
| Northwestern long term care policy - with no cash value | | $0.00 |
| Northwestern Mutual life insurance policy - whole life | Spouse | $959.00 |
| Northwestern disability insurance policy - with no cash value | | $0.00 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| Possible lawsuit against Advantage Community Health Centers for tortious business interference<br>David M. Black, Esq. - Southfield | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| Uncashed paychecks  - Debtor has not received pay since November | $31,893.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................. | $83,623.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
         If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  .................................... | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................. | | $70,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $12,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $13,250.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $83,623.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $109,373.00 | Copy personal property total    $109,373.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $179,373.00 |

| Fill in this information to identify your case: | |
|---|---|

Debtor 1  **Robert W. Kamphuis, Jr.**
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  _____
First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF MICHIGAN**
_____

Case number  _____
(if known)

☐ Check if this is an
  amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 1209 Silver Ridge Court Greenville, MI 48838  Montcalm County<br>joint with Betsy E. Kamphuis<br>2018 SEV $57,000.00<br>Line from *Schedule A/B*: 1.1 | $70,000.00 | ■ $25,149.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Legacy 2010 Subaru approx. 260,000 miles<br>Line from *Schedule A/B*: 3.1 | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Impreza 2014 Subaru approx. 50,000 miles<br>Line from *Schedule A/B*: 3.2 | $10,000.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Household goods and furniture including appliances<br>joint with non-filing spouse - $15,000.00 total<br>Line from *Schedule A/B*: 6.1 | $7,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Electronics tvs, cell phones, etc<br>joint with non-filing spouse - $2,000.00 total<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

19-45450-pjs   Doc 1   Filed 04/10/19   Entered 04/10/19 14:06:16   Page 18 of 202

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Grandfather clock<br>joint with non-filing spouse - $5,000.00 total<br>Line from *Schedule A/B*: 8.1 | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Exercise equipment, bikes, etc.<br>joint with non-filing spouse - $500.00 total<br>Line from *Schedule A/B*: 9.1 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Clothing<br>Line from *Schedule A/B*: 11.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Jewelry<br>Line from *Schedule A/B*: 12.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Dog<br>joint with non-filing spouse<br>Line from *Schedule A/B*: 13.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: Chase Bank ending #4327<br>joint with non-filing spouse - negative $107.00<br>Line from *Schedule A/B*: 17.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: Chase Bank ending #1153<br>joint with non-filing spouse - $102.00<br>Line from *Schedule A/B*: 17.2 | $51.00 | ■ $51.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: Chase Bank - disabled sister's bank account, Debtor is listed jointly for emergency purposes only, none of the funds in the account belong to the Debtor<br>joint with Kathy Kamphuis, sister - $743.00 total<br>Line from *Schedule A/B*: 17.3 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Deliver Dental Solutions, Inc. dba Detroit Dental Institute  joint with Thomas Rose - currently not operating Shareholder interest valuation based on book value - value of assets do not exceed outstanding liabilities.<br>50%<br>Line from *Schedule A/B*: 19.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| DDS-Tapestry Dental, LLC  dba Tapesry Dental - joint with Thomas Rose - not currently operating Deliver Dental Solutions, Inc. dba Detroit Dental Institute  joint with Thomas Rose - currently not operating Shareholder interest valuation based on book val<br>Line from *Schedule A/B*: 19.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Blackjack BBQ, Rib, Kabobs, Pizza, Inc. dba Rage Pizza - currently operating Assets DO exceed liabilities 6 % ownership<br>Line from *Schedule A/B*: 19.3 | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| IRA: TransAmerica<br>Line from *Schedule A/B*: 21.1 | $2,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |
| IRA: TransAmerica<br>Line from *Schedule A/B*: 21.1 | $2,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| IRA: TransAmerica<br>Line from *Schedule A/B*: 21.1 | $2,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 541(c)(2) |
| IRS and State: Accrued 2018 tax refund estimated based on 2017 IRS = $30,520.00 SOM = $6,870.00 joint with non-filing spouse - $37,390.00 total<br>Line from *Schedule A/B*: 28.1 | $18,695.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| BCBS health insurance<br>Line from *Schedule A/B*: 31.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Northwestern long term care policy - with no cash value<br>Line from *Schedule A/B*: 31.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Northwestern Mutual life insurance policy - whole life Beneficiary: Spouse<br>Line from *Schedule A/B*: 31.3 | $959.00 | ■ $959.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(8) |
| Possible lawsuit against Advantage Community Health Centers for tortious business interference David M. Black, Esq. - Southfield<br>Line from *Schedule A/B*: 33.1 | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Uncashed paychecks  - Debtor has not received pay since November<br>Line from *Schedule A/B*: 35.1 | $31,893.00 | ■                 $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | Chase Auto Finance | $8,455.00 | $10,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
Impreza 2014 Subaru approx. 50,000 miles

PO Box 9001083
Louisville, KY 40290-1083

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Auto loan

Date debt was incurred    2019/$251.00 monthly/current

Last 4 digits of account number    9101

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 22 of 202

Debtor 1   Robert W. Kamphuis, Jr.

First Name        Middle Name        Last Name

Case number (if known)

| 2.2 | Isabella Bank | Describe the property that secures the claim: | $98,582.00 | $140,000.00 | $0.00 |

Creditor's Name

1209 Silver Ridge Court Greenville, MI
48838  Montcalm County
joint with Betsy E. Kamphuis
2018 SEV $57,000.00

PO Box 100
Mount Pleasant, MI
48804-0100

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Mortgage

2014/$631.00
monthly/curr
ent

Date debt was incurred            Last 4 digits of account number    6996

| 2.3 | Silver Ridge Condo Assoc | Describe the property that secures the claim: | $0.00 | $140,000.00 | $0.00 |

Creditor's Name

1209 Silver Ridge Court Greenville, MI
48838  Montcalm County
joint with Betsy E. Kamphuis
2018 SEV $57,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Means Test purposes only

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    HOA

2008/$200.00
monthly/curr
ent

Date debt was incurred            Last 4 digits of account number    ourt

Add the dollar value of your entries in Column A on this page. Write that number here:     $107,037.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     $107,037.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Fill in this information to identify your case:

Debtor 1          Robert W. Kamphuis, Jr.
                  First Name        Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name     Middle Name          Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   City of Detroit - Income Tax Division    Last 4 digits of account number _____    Unknown    Unknown    Unknown

Priority Creditor's Name

2 Woodward Ave.
Room 512
Detroit, MI 48226
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

         Potential payroll taxes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          23809          Best Case Bankruptcy

19-45450-pjs   Doc 1   Filed 04/10/19   Entered 04/10/19 14:06:16   Page 24 of 202

| 2.2 | Internal Revenue Service | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

**Internal Revenue Service**
Priority Creditor's Name
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

Last 4 digits of account number _____    Unknown    Unknown    Unknown

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                    Potential payroll taxes

---

| 2.3 | Michigan Department of Treasury |

**Michigan Department of Treasury**
Priority Creditor's Name
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909
Number Street City State Zip Code

Last 4 digits of account number _____    Unknown    Unknown    Unknown

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                    Potential payroll taxes

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | 1-800 Mini Storage of Troy | Last 4 digits of account number | Unk. | $309.00 |

**1-800 Mini Storage of Troy**
Nonpriority Creditor's Name
2477 W. Maple
Troy, MI 48084
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Storage Units

$309.00

---

| 4.2 | 24 Capital | Last 4 digits of account number | Unk. | $67,455.00 |

**24 Capital**
Nonpriority Creditor's Name
135 E. 57th
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - Merchant cash advances

$67,455.00

---

| 4.3 | 3M Unitek | Last 4 digits of account number | 6561 | Unknown |

**3M Unitek**
Nonpriority Creditor's Name
2724 Peck Road
Monrovia, CA 91016
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 6561

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Supplies

Unknown

| 4.4 | 5K Dental Lab | | Last 4 digits of account number | Unk. | Unknown |

Nonpriority Creditor's Name
23225 Northwestern Hwy.
Southfield, MI 48075
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2011-2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness

---

| 4.5 | 7300 Woodward, LLC | | Last 4 digits of account number | Unk. | $19,749.45 |

Nonpriority Creditor's Name
c/o Paul Huth
645 Griswold Street, Suite 43
Detroit, MI 48226
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Landlord

---

| 4.6 | Absopure Water Company | | Last 4 digits of account number | Unk. | $57.75 |

Nonpriority Creditor's Name
Dept. # 959314
PO Box 701760
Plymouth, MI 48170
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Supplies

| 4.7 | **ADP** | **Last 4 digits of account number** | Unk. | $478.00 |

Nonpriority Creditor's Name
PO Box 842875
Boston, MA 02284-2875
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness

---

| 4.8 | **ADP Screening and Selection Services** | **Last 4 digits of account number** | Unk. | Unknown |

Nonpriority Creditor's Name
PO Box 645177
Cincinnati, OH 45264-5177
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

---

| 4.9 | **ADP, Inc.** | **Last 4 digits of account number** | Unk. | $478.00 |

Nonpriority Creditor's Name
PO Box 842875 Boston, MA 02284-2875
Boston, MA 02284-2875
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

| 4.1 0 | Adrienne Mixner | Last 4 digits of account number | None | $992.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
3136 Pearl
Warren, MI 48091
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to employee

---

| 4.1 1 | AKF, Inc. dba Fundkite | Last 4 digits of account number | 2018 | $174,200.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
29 W. 17th St.
New York, NY 10011-5512
Number Street City State Zip Code

**When was the debt incurred?** 2011-2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lawsuit -Potential personal liability of corporate indebtedness Merchant cash advances

---

| 4.1 2 | Aliyya Ware-Gause | Last 4 digits of account number | None | $2,119.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
15050 Glastonbur
Detroit, MI 48223
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 3 | AM Data Service, Inc |
|---|---|

**Nonpriority Creditor's Name**
33097 Schoolcraft Rd
Livonia, MI 48150
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    Unk.                    $26,850.00

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Tech - Hosting

| 4.1 4 | Ambulatory Anesthesia Solutions |
|---|---|

**Nonpriority Creditor's Name**
Attn:  Accounts Receivable
904 Hadden Ave
Howell, MI 48843
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    Unk.                    $200,000.00

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Professional Services

| 4.1 5 | Andrea Larry |
|---|---|

**Nonpriority Creditor's Name**
8183 Parkland
Redford, MI 48239
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    None                    $98.00

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

**4.16**

Andrea Millar
Nonpriority Creditor's Name
18576 Flamingo
Livonia, MI 48152
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   None                          $1,815.00

When was the debt incurred?   2018

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

---

**4.17**

Applied Imaging
Nonpriority Creditor's Name
7718 Solution Center
Chicago, IL 60677-7000
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   1794                          $5,276.32

When was the debt incurred?   2011-2019

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

---

**4.18**

Ariel Clay
Nonpriority Creditor's Name
29090 Longview
Warren, MI 48093
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   None                          $355.00

When was the debt incurred?   2018

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

| 4.19 | | | | |
|---|---|---|---|---|
| | **Ashley St. Pierre** | | **Last 4 digits of account number** None | $476.00 |
| | Nonpriority Creditor's Name | | | |
| | 1790 Lakeshore Rd, 123, South Woodslee | | **When was the debt incurred?** 2018 | |
| | Ontario N0R1V0, Canada | | | |
| | Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.20 | | | | |
|---|---|---|---|---|
| | **Barbara Warren** | | **Last 4 digits of account number** None | $41,000.00 |
| | Nonpriority Creditor's Name | | | |
| | 5701 Bloomfield Drive | | **When was the debt incurred?** 2018 | |
| | Grandville, MI 49418 | | | |
| | Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Personal guaranty of corporate debt - Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.21 | | | | |
|---|---|---|---|---|
| | **Benjeman Green** | | **Last 4 digits of account number** Unk. | $546.40 |
| | Nonpriority Creditor's Name | | | |
| | 4850 23rd Street | | **When was the debt incurred?** 2011-2019 | |
| | Detroit, MI 48208 | | | |
| | Number Street City State Zip Code | | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential personal liability of corporate indebtedness Unknown

| | |
|---|---|
| **4.2 2** | |

**Best Egg**
Nonpriority Creditor's Name
1523 Concord Pike
Wilmington, DE 19809-3000
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    2624                                   $27,591.00

When was the debt incurred?    2017

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt

---

| | |
|---|---|
| **4.2 3** | |

**Bisco Dental Products**
Nonpriority Creditor's Name
1100 W. Irving Park Road
Schaumburg, IL 60193
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    Unk.                                   Unknown

When was the debt incurred?    2011-2019

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Supplies

---

| | |
|---|---|
| **4.2 4** | |

**Bizfund**
Nonpriority Creditor's Name
2371 McDonald Ave.
2nd Floor
Brooklyn, NY 11223
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    2018                                   $145,822.00

When was the debt incurred?    2011-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Lawsuit - Merchant cash advances

---

| 4.2 5 | Blackjack BBQ | Last 4 digits of account number | Unknown |

**Blackjack BBQ**
Nonpriority Creditor's Name
8023 Grand River Road
Brighton, MI 48114
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Possible liability for officer and/or shareholder loans or other obligations

---

| 4.2 6 | Blue Care Network of Michigan | Last 4 digits of account number | unk. | $3,367.93 |

**Blue Care Network of Michigan**
Nonpriority Creditor's Name
PO Box 33608
Detroit, MI 48232-5608
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    unk.

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Employee Benefits

---

| 4.2 7 | Blue CrossBlue Shield of Mich | Last 4 digits of account number | Unk. | $60,730.14 |

**Blue CrossBlue Shield of Mich**
Nonpriority Creditor's Name
P O Box 674416
Detroit, MI 48267-4416
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    Unk.

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Employee Benefits

---

19-45450-pjs   Doc 1   Filed 04/10/19   Entered 04/10/19 14:06:16   Page 34 of 202

| 4.2 8 | Blue Water Industrial Products | Last 4 digits of account number | Unk. | $1,330.47 |
|---|---|---|---|---|

Nonpriority Creditor's Name
37280 Green Street
New Baltimore, MI 48047
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability of corporate indebtedness Supplies - Med Gases

| 4.2 9 | Brasseler USA | Last 4 digits of account number | Unk. | $5,677.32 |
|---|---|---|---|---|

Nonpriority Creditor's Name
One Brasseler Blvd.
Savannah, GA 31419
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

| 4.3 0 | Bullfrog | Last 4 digits of account number | Unk. | $16,892.61 |
|---|---|---|---|---|

Nonpriority Creditor's Name
901 Tower Drive
Suite 305
Troy, MI 48098
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability of corporate indebtedness Tech - Phones

| | |
|---|---|
| **4.3**<br>**1** | |

**Byline Financial Group**
Nonpriority Creditor's Name
Accounts Receivable Bin 88205
Milwaukee, WI 53288-8205
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   Unk.                         $5,962.38

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Potential personal liability of corporate indebtedness Note Payable

---

| | |
|---|---|
| **4.3**<br>**2** | |

**Capital Merchant Services, LLC**
Nonpriority Creditor's Name
30 Broad St
14th Floor
New York, NY 10004
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   2018                         $198,313.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal guaranty of corporate debt - Lawsuit - Merchant cash advances

---

| | |
|---|---|
| **4.3**<br>**3** | |

**Capital One**
Nonpriority Creditor's Name
PO Box 34631
Seattle, WA 98124-1631
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   2025                         $329.00

**When was the debt incurred?**   2007

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 36 of 202

**4.3 4**

| Carabelli Dental | | |
|---|---|---|
| Nonpriority Creditor's Name | | |
| 1443 S. Main Street | | |
| Royal Oak, MI 48067 | | |
| Number Street City State Zip Code | | |

**Last 4 digits of account number** None          $22,900.00

**When was the debt incurred?** 2018

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

---

**4.3 5**

| Carabelli Technologies, LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | | |
| 1442 S. Main Street | | |
| Royal Oak, MI 48067 | | |
| Number Street City State Zip Code | | |

**Last 4 digits of account number** None          $26,150.00

**When was the debt incurred?** 2018

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

---

**4.3 6**

| Caruso Dental Laboratory, Inc. | | |
|---|---|---|
| Nonpriority Creditor's Name | | |
| 32238 Schoolcraft Rd., Ste F-4 | | |
| Livonia, MI 48150 | | |
| Number Street City State Zip Code | | |

**Last 4 digits of account number** 4182          $11,911.00

**When was the debt incurred?** 2011-2018

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Lawsuit Potential personal liability of corporate indebtedness Lab

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 37 of 202

---

**4.3 7**

**Cash Crunch**
Nonpriority Creditor's Name
30 Broad St.
Ste. 1201
New York, NY 10004-2902
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 9386

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - UCC -Merchant cash advances

$219,181.00

---

**4.3 8**

**Cash Crunch**
Nonpriority Creditor's Name
30 Broad St.
Ste. 1201
New York, NY 10004-2902
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2018

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - Lawsuit

$73,359.00

---

**4.3 9**

**CBSG/Par**
Nonpriority Creditor's Name
22 N. 3rd St.
Philadelphia, PA 19106
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** Unk

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - Merchant cash advances

$1,441,393.00

---

| 4.40 | CFO Financial Solutions | Last 4 digits of account number | None | | $15,300.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
18503 Clairmont Circle E.
Northville, MI 48168
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

| 4.41 | Charnia Hall | Last 4 digits of account number | None | | $7,200.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
1556 E. Lafayette
Detroit, MI 48207
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Debt to Employees

| 4.42 | Chase Bank | Last 4 digits of account number | 6684 | | $19,900.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Cardmember Service
PO Box 94014
Palatine, IL 60094-4014
Number Street City State Zip Code

**When was the debt incurred?** 2008

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases - used for the business

| | | |
|---|---|---|
| **4.4 3** | Chemical Bank | **Last 4 digits of account number** 607C | $989,512.00 |

Nonpriority Creditor's Name
333 E. Main Street
Midland, MI 48640
Number Street City State Zip Code

**When was the debt incurred?** 2011-2018

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Personal guaranty of corporate debt - Secured - Lawsuit

---

| | | |
|---|---|---|
| **4.4 4** | Chester T. Coccia | **Last 4 digits of account number** None | $8,400.00 |

Nonpriority Creditor's Name
6649 Carlisle Ct.
West Bloomfield, MI 48322
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Potential personal liability of corporate indebtedness - 1099 wages

---

| | | |
|---|---|---|
| **4.4 5** | Cincinnati Insurance Company | **Last 4 digits of account number** Unk. | $2,689.00 |

Nonpriority Creditor's Name
PO Box 145620
Cincinnati, OH 45250-5620
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Potential personal liability of corporate indebtedness Insurance

| | | |
|---|---|---|
| 4.4 6 | **Cintas** | **Last 4 digits of account number** Unk. | $2,498.30 |

Nonpriority Creditor's Name
P.O. Box 630910
Cincinnati, OH 45263
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies - Uniforms

---

| | | |
|---|---|---|
| 4.4 7 | **Comcast Business** | **Last 4 digits of account number** Unk. | $780.27 |

Nonpriority Creditor's Name
41112 Concept Dr.
Plymouth, MI 48170
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Tech - Internet

---

| | | |
|---|---|---|
| 4.4 8 | **Complete Business Solutions Group Inc.** | **Last 4 digits of account number** 0100 | $315,643.00 |

Nonpriority Creditor's Name
dba Par Funding
20 N. 3rd St.
Philadelphia, PA 19106-2118
Number Street City State Zip Code

**When was the debt incurred?** 2018

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal guaranty of corporate debt - UCC - Lawsuit

| 4.49 | | |
|---|---|---|

**Corporate Debt Advisers**
Nonpriority Creditor's Name
3333 S Congress Ave
Suite 303
Delray Beach, FL 33445
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Potential personal liability of corporate indebtedness Professional Services

Unknown

---

| 4.50 | | |
|---|---|---|

**Corporation Service Company**
Nonpriority Creditor's Name
PO Box 2576
Springfield, IL 62708-2576
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7996

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Potential personal liability of corporate indebtedness

Unknown

---

| 4.51 | | |
|---|---|---|

**Curve Dental**
Nonpriority Creditor's Name
424 E. 800 N.
Suite 202
Orem, UT 84057
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Potential personal liability of corporate indebtedness Tech - Software

$2,800.00

---

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 42 of 202

| 4.5 2 | CyraCom, LLC | Last 4 digits of account number | Unk. | Unknown |

**CyraCom, LLC**
Nonpriority Creditor's Name
PO Box 74008083
Chicago, IL 60674-8083
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Potential personal liability of corporate indebtedness

**Unknown**

---

| 4.5 3 | David Karwacki | Last 4 digits of account number | None | $1,174.00 |

**David Karwacki**
Nonpriority Creditor's Name
2255 E. Gunn Road
Rochester, MI 48306
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** None

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Debt to Employees

**$1,174.00**

---

| 4.5 4 | David M. Black, Esq. | Last 4 digits of account number | Unk. | $0.00 |

**David M. Black, Esq.**
Nonpriority Creditor's Name
Somers & Schwartz
1 Towne Square, Suite 1700
Southfield, MI 48076
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Notice only

**$0.00**

---

| 4.5 5 | Dawn Ferguson | Last 4 digits of account number | None | $840.00 |

Nonpriority Creditor's Name
18889 Hanna
Melvindale, MI 48122
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt to Employees

---

| 4.5 6 | DDS -Tapestry | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
c/o Robert Kamphuis
1209 Silver Ridge Court
Greenville, MI 48838
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Possible liability for officer and/or shareholder loans or other obligations

---

| 4.5 7 | De Lage Landen Financial Services | Last 4 digits of account number | Unk. | $5,657.00 |

Nonpriority Creditor's Name
1111 Old Eagle School Road
Wayne, PA 19087-1453
Number Street City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt- Lease

---

| 4.58 | | | |
|---|---|---|---|
| **Deliver Dental Solution, Inc** | **Last 4 digits of account number** _____ | | Unknown |
| Nonpriority Creditor's Name | | | |
| c/o Robert Kamphuis | **When was the debt incurred?** _____ | | |
| 1209 Silver Ridge Court | | | |
| Greenville, MI 48838 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ■ Debtor 1 only | ☐ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed | | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ■ Other. Specify   Possible liability for officer and/or shareholder loans or other obligations | | |

| 4.59 | | | |
|---|---|---|---|
| **Dell Financial** | **Last 4 digits of account number** Unk. | | $5,242.00 |
| Nonpriority Creditor's Name | | | |
| PO Box 6403 | **When was the debt incurred?** 2011-2019 | | |
| Carol Stream, IL 60197-6403 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | ☐ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ■ Other. Specify   Personal guaranty of corporate debt - Equipment | | |

| 4.60 | | | |
|---|---|---|---|
| **Dena Lowe** | **Last 4 digits of account number** None | | $271.00 |
| Nonpriority Creditor's Name | | | |
| 25972 Briartown Blvd | **When was the debt incurred?** 2018 | | |
| Detroit, MI 48051 | | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | |
| **Who incurred the debt?** Check one. | | | |
| ☐ Debtor 1 only | ■ Contingent | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed | | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | | |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans | | |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
| ☐ Yes | ■ Other. Specify   Debt to Employees | | |

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 45 of 202

| 4.6 1 | | | |
|---|---|---|---|
| | **Detroit Development Fund** | **Last 4 digits of account number** | Unk. | $80,922.00 |

Nonpriority Creditor's Name

3031 W. Grand Blvd.
Suite 505
Detroit, MI 48202

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Secured

---

| 4.6 2 | | | |
|---|---|---|---|
| | **Detroit Healthcare for the Homeless** | **Last 4 digits of account number** | Unk. | Unknown |

Nonpriority Creditor's Name

Advantage Community Health Centers
100 Talon Centre Building, Suite 450
Detroit, MI 48207

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness  - Subleasing

---

| 4.6 3 | | | |
|---|---|---|---|
| | **Detroit Healthcare for the Homeless** | **Last 4 digits of account number** | Unk. | Unknown |

Nonpriority Creditor's Name

Advantage Health Centers
15400 W. McNichols, Suite 400
Detroit, MI 48235

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| 4.6<br>4 | Detroit Riverview Medical Complex, LLC | Last 4 digits of account number | 10LT | Unknown |

Nonpriority Creditor's Name

c/o Paul Huth, Esq.

 645 Griswold Street, Suite 4300

Detroit, MI 48226

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal guaranty of corporate debt - Landlord

---

| 4.6<br>5 | DMC | Last 4 digits of account number | Unk. | $404.00 |

Nonpriority Creditor's Name

4201 St. Antoine, UHC, 4G3

Detroit, MI 48201

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

---

| 4.6<br>6 | Dominick N. Shoha, DDS | Last 4 digits of account number | None | $10,100.00 |

Nonpriority Creditor's Name

2879 Chestnut Run Drive

Bloomfield Hills, MI 48302

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| 4.6 7 | Dorothy Fater | Last 4 digits of account number | None | $1,381.00 |

**4.6 7**

Dorothy Fater
Nonpriority Creditor's Name
22945 Champaign
Taylor, MI 48180
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  None

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Debt to Employees

$1,381.00

---

**4.6 8**

Dr. James Boynton
Nonpriority Creditor's Name
391 E Huron River Drive
Belleville, MI 48109
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Professional Services

$2,000.00

---

**4.6 9**

Dykema Gossett
Nonpriority Creditor's Name
400 Renaissance Center
Detroit, MI 48243
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness - attorney fees

$32,975.00

| | | |
|---|---|---|
| **4.70** | | |

**Eastman and Smith, Ltd**
Nonpriority Creditor's Name
One Seagate, 24th Floor
PO Box 10032
Toledo, OH 43699-0032
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.                              $18,707.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness - attorney fees

---

| | | |
|---|---|---|
| **4.71** | | |

**Empire Funding**
Nonpriority Creditor's Name
1022 Avenue M
Brooklyn, NY 11230-4712
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   6856                              Unknown

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness

---

| | | |
|---|---|---|
| **4.72** | | |

**Erica Carter**
Nonpriority Creditor's Name
530 W. Lantz
Highland Park, MI 48203
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   None                              $689.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt to Employees

---

| | | | |
|---|---|---|---|
| 4.7 3 | Erin Zajkowski | Last 4 digits of account number    None | $5,251.00 |

Nonpriority Creditor's Name
1032 Lake Pointe
Grosse Pointe, MI 48230
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Debt to Employees

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 4.7 4 | eServices | Last 4 digits of account number    Unk. | $5,714.60 |

Nonpriority Creditor's Name
Dept CH 14200
Palatine, IL 60055
Number Street City State Zip Code

When was the debt incurred?    2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Tech - Clearinghouse

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 4.7 5 | ESK Funding/Daka | Last 4 digits of account number    8161 | $58,212.00 |

Nonpriority Creditor's Name
132 Franklin Place
Suite 490
Woodmere, NY 11598
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Lawsuit

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| 4.7 6 | ESK Funding/Daka | Last 4 digits of account number | 8161 | $72,990.00 |

**ESK Funding/Daka**
Nonpriority Creditor's Name
132 Franklin Place
Suite 490
Woodmere, NY 11598
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     8161
**When was the debt incurred?**     2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Personal guaranty of corporate debt -Lawsuit - Merchant cash advances

---

| 4.7 7 | ETS Dental | Last 4 digits of account number | 54CB | $26,373.00 |

**ETS Dental**
Nonpriority Creditor's Name
c/o Samantha Cole, Esq.
3760 Sixes Road, Suite 126
Canton, GA 30114
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     54CB
**When was the debt incurred?**     2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Personal guaranty of corporate debt - Lawsuit

---

| 4.7 8 | Ford Credit | Last 4 digits of account number | 5763 | $17,847.00 |

**Ford Credit**
Nonpriority Creditor's Name
PO Box 552679
Detroit, MI 48255-2679
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     5763
**When was the debt incurred?**     2018/arrears

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Potential personal liability of corporate indebtedness - 2016 F150 King will be surrendered

---

**4.79**

Gary A. Stern, DDS

Nonpriority Creditor's Name

2727 Bay Drive W.

West Bloomfield, MI 48324

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    None                    $10,500.00

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness  - 1099 wages

---

**4.80**

Geetha Ommi

Nonpriority Creditor's Name

14736 Mack Ave.

Detroit, MI 48215

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    None                    $4,500.00

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

---

**4.81**

Geraldine Williams

Nonpriority Creditor's Name

19686 Raleigh Circle North

Southfield, MI 48076

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    None                    $1,783.00

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

| 4.8 2 | **Global Merchant Cash Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name
64 Beaver St.
Ste. 415
New York, NY 10004-2508
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3742

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - UCC

Unknown

---

| 4.8 3 | **Great Lakes Orthodontic Products** | | |
|---|---|---|---|

Nonpriority Creditor's Name
200 Cooper Ave.
Tonawanda, NY 14150
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

Unknown

---

| 4.8 4 | **Guardian Insurance** | | |
|---|---|---|---|

Nonpriority Creditor's Name
P O Box 677458
Dallas, TX 75267-7458
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Employee Benefits

$25,012.27

| 4.8 5 | Health First | Last 4 digits of account number | Unk. | $1,096.82 |

Nonpriority Creditor's Name
HF Acquisition CO, LLC
Dept. CH 14330
Palatine, IL 60055
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Supplies

---

| 4.8 6 | Henry Ford Health System | Last 4 digits of account number | 3012 | $188.00 |

Nonpriority Creditor's Name
PO Box 553920
Detroit, MI 48255
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical bills

---

| 4.8 7 | Henry Schein Inc. | Last 4 digits of account number | 5989 | $173,640.00 |

Nonpriority Creditor's Name
Dept CH 10241
Palatine, IL 60055-0241
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Supplies

| 4.8 8 | | | |
|---|---|---|---|

**Henry Schein Inc.**
Nonpriority Creditor's Name
Dept CH 10241
Palatine, IL 60055-0241
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8463                     $18,880.44

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.8 9 | | | |
|---|---|---|---|

**Henry Schein Orthodontics**
Nonpriority Creditor's Name
1822 Aston Ave
Carlsbad, CA 92008
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   Unk.                     $1,778.08

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.9 0 | | | |
|---|---|---|---|

**Henry Schein Practice Solutions**
Nonpriority Creditor's Name
1220 South 630 East
Suite 100
American Fork, UT 84003
Number Street City State Zip Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   Unk.                     $6,889.50

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential personal liability of corporate indebtedness Tech - Software

---

**4.9 1**

Hillsboro Marine
Nonpriority Creditor's Name
3000 N. Federal Hwy.
Pompano Beach, FL 33064-6852
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   Unk.                                    Unknown

**When was the debt incurred?**   1997

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness UCC

---

**4.9 2**

Hope Network
Nonpriority Creditor's Name
3075 Orchard Vista Drive
Grand Rapids, MI 49546
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   Unk.                                    $270,000.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Note Payable

---

**4.9 3**

Huntington National Bank
Nonpriority Creditor's Name
PO Box 182387
Columbus, OH 43218-2387
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   5212                                    $16,532.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Loan used for the business

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 4.9 4 | iContracts | | Last 4 digits of account number | Unk. | | $3,600.00 |

**4.9 4**

**iContracts**

Nonpriority Creditor's Name

1011 US Route 22 West
Suite 104
Bridgewater, NJ 08807

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.                          $3,600.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Tech

---

**4.9 5**

**Iesha Meredith**

Nonpriority Creditor's Name

3250 Burlingame
Detroit, MI 48206

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   None                          $1,811.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

**4.9 6**

**Ifechide Nwabueze**

Nonpriority Creditor's Name

30645 Leemoor St.
Beverly Hills, MI 48025

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   None                          $9,200.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness - 1099 wages

| 4.9 7 | | | |
|---|---|---|---|
| **Instructure, Inc** | | **Last 4 digits of account number** | Unk. | $21,071.00 |

Nonpriority Creditor's Name
6330 South 3000 East
Suite 700
Salt Lake City, UT 84121
Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Tech- Software

---

| 4.9 8 | | | |
|---|---|---|---|
| **Integrity Business Solutions** | | **Last 4 digits of account number** | Unk. | Unknown |

Nonpriority Creditor's Name
26107 Sherwood Ave
Warren, MI 48091
Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

---

| 4.9 9 | | | |
|---|---|---|---|
| **Integrity Networks, LLC** | | **Last 4 digits of account number** | 55CB | $35,195.00 |

Nonpriority Creditor's Name
c/o Edmund S. Yee, Esq.
280 W. Maple Road, Ste 220
Birmingham, MI 48009-3344
Number Street City State Zip Code

**When was the debt incurred?**   2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Services

---

| 4.1 00 | | | |
|---|---|---|---|

**Invest Detroit Foundation**
Nonpriority Creditor's Name
600 Renaissance Center
Suite 1710
Detroit, MI 48243
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.        $583,867.00

**When was the debt incurred?**  2016

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Secured

---

| 4.1 01 | | | |
|---|---|---|---|

**Iron Mountain**
Nonpriority Creditor's Name
PO Box 27128
New York, NY 10087-7128
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.        $1,616.00

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness services

---

| 4.1 02 | | | |
|---|---|---|---|

**J.W. Henry  Watson**
Nonpriority Creditor's Name
18530 Mack Avenue
Grosse Pointe, MI 48236
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.        $125,000.00

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal gty of corporate indebtedness

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 4.1 03 | James Geist, DDS | | Last 4 digits of account number | None | | $3,000.00 |

James Geist, DDS
Nonpriority Creditor's Name
2700 Martin Luther King Blvd
Detroit, MI 48208
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    None

When was the debt incurred?    2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness - 1099 wages

$3,000.00

---

| 4.1 04 | James P. Stenger | | Last 4 digits of account number | None | | $49,879.00 |

James P. Stenger
Nonpriority Creditor's Name
966 Lincoln
Grosse Pointe, MI 48230
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    None

When was the debt incurred?    2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Potential personal liability of corporate indebtedness Unpaid wages/ unpaid loans

$49,879.00

---

| 4.1 05 | Janet Zalucha | | Last 4 digits of account number | None | | $1,100.00 |

Janet Zalucha
Nonpriority Creditor's Name
311 Plymouth Road
Apt. 308
Plymouth, MI 48170
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    None

When was the debt incurred?    2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

$1,100.00

---

| 4.1<br>06 | Jessica Welch | | Last 4 digits of account number | None | $1,292.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

21260 Cyman
Warren, MI 48091

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1<br>07 | Kara Gee | | Last 4 digits of account number | None | $503.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

1060 Fairholme Road
Grosse Pointe Woods, MI 48236

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1<br>08 | Kash Capital | | Last 4 digits of account number | 9618 | $182,664.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

475 Northern Blvd.
Great Neck, NY 11021-4819

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Judgment

---

| 4.1 09 | Kash Capital | Last 4 digits of account number | 2018 | $109,425.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
475 Northern Blvd.
Great Neck, NY 11021-4819

Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - Judgment

---

| 4.1 10 | Kash Capital | Last 4 digits of account number | Unk. | $279,718.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
475 Northern Blvd.
Flr 3, Suite 36
Great Neck, NY 11021

Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Personal guaranty of corporate debt - Lawsuit - Merchant cash advances

---

| 4.1 11 | Kennedy Business Services, Ltd dba ETS | Last 4 digits of account number | 54CZ | $29,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Michael R. Stillman, Esq.
30057 Orchard Lake Road, Ste. 200
Farmington Hills, MI 48334-2265

Number Street City State Zip Code

**When was the debt incurred?** 2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **4.1 12** | **Kilpatrick & Associates, PC** | Last 4 digits of account number | Unk. | $32,030.00 |

Nonpriority Creditor's Name

903 North Opdyke Road
Suite C
Auburn Hills, MI 48326

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness - attorney fees

---

| | | | |
|---|---|---|---|
| **4.1 13** | **Kilpatrick and Assocaites** | Last 4 digits of account number | 06CB | Unknown |

Nonpriority Creditor's Name

903 N. Opdyke
Suite C
Auburn Hills, MI 48326

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Attorney fees

---

| | | | |
|---|---|---|---|
| **4.1 14** | **Kristen Ponichter** | Last 4 digits of account number | None | $2,200.00 |

Nonpriority Creditor's Name

1210 Morse Ave.
Apt. 24
Royal Oak, MI 48067

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 15 | Kristi Thomas | Last 4 digits of account number | None | $3,350.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
17360 Rainbow Drive
Lathrup Village, MI 48076

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 16 | LaDonia Washington | Last 4 digits of account number | None | $65.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
14046 Artesian
Detroit, MI 48223

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 17 | Lakeshore Global, Inc. | Last 4 digits of account number | Unk. | $16,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
7310 Woodward Ave.
Suite 500
Detroit, MI 48202

When was the debt incurred?    2011-2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Previous landlord for Deliver Dental Solutions, Inc.

| 4.1 18 | Latoya Lewis | Last 4 digits of account number | None | $244.00 |
|--------|--------------|--------------------------------|------|---------|

Nonpriority Creditor's Name

18520 W. 9 Mile Road
Southfield, MI 48075

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 19 | Lending Club | Last 4 digits of account number | 3628 | $3,751.00 |
|--------|--------------|--------------------------------|------|-----------|

Nonpriority Creditor's Name

71 Stevenson Street, Suite 300
San Francisco, CA 94105

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Loan Used for the business

---

| 4.1 20 | LN2 Gas and Supply | Last 4 digits of account number | Unk. | $1,035.60 |
|--------|--------------------|--------------------------------|------|-----------|

Nonpriority Creditor's Name

12620 Southfield
Detroit, MI 48223

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies - Med Gases

---

| 4.1 21 | | | |
|---|---|---|---|

**Lothamer Dental Laboratory**
Nonpriority Creditor's Name
66 N. Saginaw Street
Lapeer, MI 48446
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  Unk.                    $85.00

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Lab

---

| 4.1 22 | | | |
|---|---|---|---|

**Maribel McCarthy**
Nonpriority Creditor's Name
26525 Pennie Street
Dearborn Heights, MI 48125
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  None                    $2,128.00

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 23 | | | |
|---|---|---|---|

**Mark S. Smith, DDS**
Nonpriority Creditor's Name
2825 Tallahassee Dr
Rochester Hills, MI 48306
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  None                    $6,000.00

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential personal liability of corporate indebtedness Debt - 1099

| 4.1 24 | Marlin Business Bank | Last 4 digits of account number | 1 | $25,240.00 |

**Marlin Business Bank**
Nonpriority Creditor's Name
300 Fellowship Road
Mount Laurel, NJ 08054
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 1

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt

$25,240.00

---

| 4.1 25 |

**Marlin Business Bank**
Nonpriority Creditor's Name
300 Fellowship Road
Mount Laurel, NJ 08054
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 3001

**When was the debt incurred?** 2011-2018

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Lease

$31,923.00

---

| 4.1 26 |

**Marva Brown**
Nonpriority Creditor's Name
3703 Russell Street
Detroit, MI 48207
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** None

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

$98.00

---

**4.1 27**

| | |
|---|---|
| **Mary Hannawa, DDS** | |
| Nonpriority Creditor's Name | |
| 5432 Provincial Dr. | |
| Bloomfield Hills, MI 48302 | |
| Number Street City State Zip Code | |

Last 4 digits of account number   None           $700.00

When was the debt incurred?   2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt - 1099

---

**4.1 28**

| | |
|---|---|
| **MCA Recovery LLC** | |
| Nonpriority Creditor's Name | |
| 17 State Street, Suite 4000 | |
| New York, NY 10004 | |
| Number Street City State Zip Code | |

Last 4 digits of account number   _____        Unknown

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Corporate Loan

---

**4.1 29**

| | |
|---|---|
| **MedaCore, LLC** | |
| Nonpriority Creditor's Name | |
| 1942 Hopedale | |
| Troy, MI 48085 | |
| Number Street City State Zip Code | |

Last 4 digits of account number   Unk.        $175,000.00

When was the debt incurred?   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt - Secured

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 68 of 202

---

| 4.1<br>30 | Midway Dental Detroit | Last 4 digits of account number | Unk. | $629.20 |

Nonpriority Creditor's Name

23399 Commerce Dr
Suite B1
Farmington Hills, MI 48335

Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.1<br>31 | Midway Dental Supply | Last 4 digits of account number | Unk. | $24,842.00 |

Nonpriority Creditor's Name

32553 Schoolcraft Rd
Livonia, MI 48150

Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.1<br>32 | MOA | Last 4 digits of account number | Unk. | Unknown |

Nonpriority Creditor's Name

910 Bloomcrest Drive
Bloomfield Hills, MI 48304

Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| | | | |
|---|---|---|---|
| **4.1**<br>**33** | Modio Health, Inc | Last 4 digits of account number | Unk. | Unknown |

**Modio Health, Inc**
Nonpriority Creditor's Name
2228 West Great Neck Rd
Suite 205
Virginia Beach, VA 23451
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential personal liability of corporate indebtedness Professional Services

**Unknown**

---

**4.1 34**

**Molly Doyle**
Nonpriority Creditor's Name
1552 Devon Lane
Troy, MI 48084
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** None

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

**$6,240.00**

---

**4.1 35**

**Morris Velilla**
Nonpriority Creditor's Name
1 Brady Lane
Beverly Hills, MI 48025
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** None

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential personal liability of corporate indebtedness Debt - 1099

**$9,150.00**

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 70 of 202

**4.1 36**

**Mossa Baghum**
Nonpriority Creditor's Name
1990 Golfview Drive
Apt. 205
Troy, MI 48084
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   None          $3,631.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

**4.1 37**

**MyCare Health Center**
Nonpriority Creditor's Name
c/o The Allen Law Group
2500 Fisher Bldg, 3011 West Grand Blvd.
Detroit, MI 48202-3030
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.          $5,632.00

**When was the debt incurred?**   2011-2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness

---

**4.1 38**

**National Funding, Inc.**
Nonpriority Creditor's Name
c/o James Hawley, Esq
9820 Towne Centre
San Diego, CA 92101
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   4CUB          $55,936.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Lawsuit - Merchant cash advances

---

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 71 of 202

| 4.1<br>39 | Natus Medical  Inc. | Last 4 digits of account number | Unk. | Unknown |

Nonpriority Creditor's Name
P.O. Box 3604
Carol Stream, IL 60132
Number City State Zip Code

**When was the debt incurred?** 2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.1<br>40 | New York Unity Factor, LLC | Last 4 digits of account number | 1261 | $481,246.00 |

Nonpriority Creditor's Name
c/o CBSG
22 N. 3rd Street
Philadelphia, PA 19106
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt

---

| 4.1<br>41 | Noah Mamo | Last 4 digits of account number | None | $4,531.00 |

Nonpriority Creditor's Name
2570 Maplewood
Royal Oak, MI 48073
Number Street City State Zip Code

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

| | | |
|---|---|---|
| **4.1 42** | Olson Dental Laboratory | |

Nonpriority Creditor's Name
16404 Nineteen Mile Rd.
Clinton Township, MI 48038
Number Street City State Zip Code

Last 4 digits of account number    Unk.                    $411.73

When was the debt incurred?    2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Lab

---

| | | |
|---|---|---|
| **4.1 43** | ONYX | |

Nonpriority Creditor's Name
30 Broad St.
New York, NY 10004
Number Street City State Zip Code

Last 4 digits of account number    Unk.                    $54,864.00

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal guaranty of corporate debt - Merchant cash advances

---

| | | |
|---|---|---|
| **4.1 44** | ONYX IQ Inc. | |

Nonpriority Creditor's Name
30 Broad St.
New York, NY 10004
Number Street City State Zip Code

Last 4 digits of account number    1892                    $35,656.00

When was the debt incurred?    2018

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Personal guaranty of corporate debt - Judgment

---

| | | |
|---|---|---|
| **4.1 45** | **Ortho Cycle Company** | Last 4 digits of account number   Unk.      $384.63 |

Nonpriority Creditor's Name

2026 Scott Street
Hollywood, FL 33020

Number Street City State Zip Code

When was the debt incurred?   2011-2019

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| | | |
|---|---|---|
| **4.1 46** | **P & G Oral Health** | Last 4 digits of account number   Unk.      $6,917.74 |

Nonpriority Creditor's Name

24808 Network Place
Chicago, IL 60673

Number Street City State Zip Code

When was the debt incurred?   2011-2019

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| | | |
|---|---|---|
| **4.1 47** | **Patricia Rayner, PharmD BCOP** | Last 4 digits of account number   None      $1,200.00 |

Nonpriority Creditor's Name

24808 Network Place
Chicago, IL 60673

Number Street City State Zip Code

When was the debt incurred?   2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Debt

| 4.1 48 | Patricia Smirnes | Last 4 digits of account number | None | $2,400.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
29790 Boewe Drive
Warren, MI 48092
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 49 | Peak Performers, Inc | Last 4 digits of account number | 06CB | $15,068.17 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Anthony Wayne Kahn
33110 Grand River Ave
Farmington Hills, MI 48336
Number Street City State Zip Code

When was the debt incurred?    2018

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness Temp Agency

---

| 4.1 50 | Perez, Vaughn and Feasby | Last 4 digits of account number | Unk. | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
600 B Street
Suite 2100
San Diego, CA 92101
Number Street City State Zip Code

When was the debt incurred?    2011-2019

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential personal liability of corporate indebtedness - Attorney fees

| 4.1 51 | | | |
|---|---|---|---|

**PNC Bank**
Nonpriority Creditor's Name
PO Box 856177
Louisville, KY 40285-6177
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   12       $10,608.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Credit card purchases

---

| 4.1 52 | | | |
|---|---|---|---|

**Praxair Distribution Inc.**
Nonpriority Creditor's Name
Dept CH 10660
Palatine, IL 60055-0660
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   Unk.       $12,735.63

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability of corporate indebtedness Supplies - Med Gases

---

| 4.1 53 | | | |
|---|---|---|---|

**Prentis Davis**
Nonpriority Creditor's Name
419 Illinois Street
Park Forest, IL 60466
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   None       $949.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 54 | | | |
|---|---|---|---|
| | **Private Capital Lending** | **Last 4 digits of account number**   Unk. | $30,000.00 |

Nonpriority Creditor's Name
400 Renaissance Center
Suite 2600
Detroit, MI 48243

**When was the debt incurred?**   2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Pers gty of corporate obligation

---

| 4.1 55 | | | |
|---|---|---|---|
| | **Professional Endodontics PC** | **Last 4 digits of account number**   None | $715.00 |

Nonpriority Creditor's Name
29201 Telegraph
STE 525
Southfield, MI 48034

**When was the debt incurred?**   2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Potential personal liability of corporate indebtedness Debt -

---

| 4.1 56 | | | |
|---|---|---|---|
| | **ProHealth Capital** | **Last 4 digits of account number**   Unk. | $21,000.00 |

Nonpriority Creditor's Name
PO Box 41602
Philadelphia, PA 19101-1602

**When was the debt incurred?**   2011-2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   Potential personal liability of corporate indebtedness Equipment

---

| 4.1 57 | Puckett, Clement and Schellenberg, PC | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** Unk. | $69,594.00 |
| | 1111 W. Long Lake Road | | |
| | Suite 200 | **When was the debt incurred?** 2011-2019 | |
| | Troy, MI 48098 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential personal liability of corporate indebtedness

| 4.1 58 | Redico | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** Unk. | $10,149.00 |
| | P.O. Box 467 | | |
| | Emerson, NJ 07630 | **When was the debt incurred?** 2011-2019 | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential personal liability of corporate indebtedness Landlord

| 4.1 59 | Redico Management | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** Unk. | Unknown |
| | 1 Towne Square | | |
| | Suite 1600 | **When was the debt incurred?** 2011-2019 | |
| | Southfield, MI 48075 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential personal liability of corporate indebtedness  - Current landlord for Deliver Dental Solutions, Inc.

| 4.1 60 | | | |
|---|---|---|---|

**Regents of the University of Michigan**
Nonpriority Creditor's Name
PO Box 223131
Pittsburgh, PA 15251
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   Unk.                    $51,931.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Client

---

| 4.1 61 | | | |
|---|---|---|---|

**Rehab Alabduljabbar**
Nonpriority Creditor's Name
25459 Sullivan Lane
Novi, MI 48375
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   None                    $13,813.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 62 | | | |
|---|---|---|---|

**Rhonda Cain**
Nonpriority Creditor's Name
9267 W. Pickwick Circle
Taylor, MI 48180
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   None                    $1,530.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

19-45450-pjs   Doc 1   Filed 04/10/19   Entered 04/10/19 14:06:16   Page 79 of 202

| | | |
|---|---|---|
| **4.1 63** | **Ricoh USA, Inc.** | |

Nonpriority Creditor's Name

PO Box 802815
Chicago, IL 60680-2815

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    Unk.                     Unknown

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Potential personal liability of corporate indebtedness Recurring

---

| | | |
|---|---|---|
| **4.1 64** | **Riina Elsey** | |

Nonpriority Creditor's Name

855 St. Claire Avenue
Grosse Pointe, MI 48230

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    None                     $830.00

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| | | |
|---|---|---|
| **4.1 65** | **Rocket Fiber** | |

Nonpriority Creditor's Name

1505 Woodward Ave
Suite 300
Detroit, MI 48226

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    Unk.                     $500.00

**When was the debt incurred?**    2011-2019

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Potential personal liability of corporate indebtedness Tech - Internet

---

| 4.1<br>66 | Sara Campbell | Last 4 digits of account number | None | $1,556.00 |

Nonpriority Creditor's Name
26810 Fairfield Ave.
Warren, MI 48089

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1<br>67 | Sharon Clanton | Last 4 digits of account number | None | $1,591.00 |

Nonpriority Creditor's Name
26044 Falmouth Dr.
Warren, MI 48089

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1<br>68 | Sherran Haely | Last 4 digits of account number | None | $152.00 |

Nonpriority Creditor's Name
31420 John R Rd.
Apt. 115
Madison Heights, MI 48071

When was the debt incurred?    2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

**4.1 69**

Shirina Cade

Nonpriority Creditor's Name

14027 Patton
Detroit, MI 48223

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    None                          $207.00

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Debt to Employees

---

**4.1 70**

SK Dental Lab

Nonpriority Creditor's Name

23225 Northwestern Hwy
Southfield, MI 48075

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    unk.                          Unknown

When was the debt incurred?    2011-2019

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential personal liability of corporate indebtedness Lab

---

**4.1 71**

Sky Group Grand, LLC

Nonpriority Creditor's Name

7310 Woodward
Suite 500
Detroit, MI 48202

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    Unk.                          $20,552.31

When was the debt incurred?    2011-2019

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Landlord

---

| | | | |
|---|---|---|---|
| **4.1 72** | SmartPractice | Last 4 digits of account number | Unk. | $460.39 |

Nonpriority Creditor's Name
PO Box 29222
Phoenix, AZ 85038-9222
Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| | | | |
|---|---|---|---|
| **4.1 73** | Smilemakers | Last 4 digits of account number | Unk. | Unknown |

Nonpriority Creditor's Name
P.O. Box 2543
Spartanburg, SC 29304
Number Street City State Zip Code

**When was the debt incurred?**   2011-2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| | | | |
|---|---|---|---|
| **4.1 74** | Sofi Lending Corp Personal Loans | Last 4 digits of account number | 0995 | $83,860.00 |

Nonpriority Creditor's Name
PO Box 654158
Dallas, TX 75265
Number Street City State Zip Code

**When was the debt incurred?**   2017

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of corporate debt - Kamphuis

| | |
|---|---|
| **4.1 75** | |

**Sohn Linen Service**
Nonpriority Creditor's Name
P O Box 2115
Lansing, MI 48909
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  2408                    $10,155.00

**When was the debt incurred?**  2019

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Lawsuit Potential personal liability of corporate indebtedness Suplies - Uniforms

---

| | |
|---|---|
| **4.1 76** | |

**Stacey Cook**
Nonpriority Creditor's Name
23180 Suffield
Brownstown, MI 48174
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  None                    $701.00

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Potential personal liability of corporate indebtedness Debt to Employees

---

| | |
|---|---|
| **4.1 77** | |

**Stephanie Turner**
Nonpriority Creditor's Name
16262 Andover Drive
Clinton Township, MI 48035
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  None                    $2,407.00

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Potential personal liability of corporate indebtedness Debt to Employees

| 4.1 78 | Stephanie Warren | Last 4 digits of account number | None | $1,824.00 |

Nonpriority Creditor's Name
9580 Piedmont
Detroit, MI 48828
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

| 4.1 79 | Strategic Practice Solutions | Last 4 digits of account number | unk. | $6,977.00 |

Nonpriority Creditor's Name
8187 Rhode Dr.
STE B
Shelby Township, MI 48022
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Temp Agency

---

| 4.1 80 | Suha Aljuneidi | Last 4 digits of account number | None | $250.00 |

Nonpriority Creditor's Name
5000 Heather Drive
Apt 103
Dearborn, MI 48126
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

---

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 85 of 202

**4.1 81**

| Tiffanie Dillard | | |
|---|---|---|
Nonpriority Creditor's Name
6471 Piedmont Street
Detroit, MI 48228
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** None                    $218.00

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

**4.1 82**

| Tim Weeks | | |
|---|---|---|
Nonpriority Creditor's Name
901 Wilshire Blvd
Suite 300
Troy, MI 48084
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.                    $200,000.00

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Debt - Personal

**4.1 83**

| Tonya King | | |
|---|---|---|
Nonpriority Creditor's Name
4760 Princess
Detroit, MI 48125
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** None                    $788.00

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Debt to Employees

| 4.1 84 | **UniFirst Corporation** | |
|---|---|---|

Nonpriority Creditor's Name
6400 Monroe Blvd.
Taylor, MI 48180
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.     $541.21

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Supplies

---

| 4.1 85 | **US Bank** | |
|---|---|---|

Nonpriority Creditor's Name
4325 17th Ave S.
Fargo, ND 58125
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.     $126.00

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| 4.1 86 | **Verizon Wireless** | |
|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15062
Albany, NY 12212-5062
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.     $341.88

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Tech - Wireless

---

---

**4.1 87**   **Wells Fargo Vendor Financial Svcs**

Nonpriority Creditor's Name
PO BOX 650016
Dallas, TX 75265-0016
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.                                    $1,622.37

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Note Payable

---

**4.1 88**   **West Interactive Services Corp**

Nonpriority Creditor's Name
Dept # 1343
Denver, CO 80256-0001
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.                                    Unknown

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness

---

**4.1 89**   **WG Financing**

Nonpriority Creditor's Name
141 NE 3rd Ave.
Miami, FL 33132
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   Unk.                                    $22,078.00

**When was the debt incurred?**   2011-2019

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential personal liability of corporate indebtedness Merchant cash advances

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| 4.1 90 | William Mamo and Claudine Mamo | Last 4 digits of account number | Unk. | $75,000.00 |

**4.1 90** **William Mamo and Claudine Mamo**

Nonpriority Creditor's Name

16779 Sunderland
Detroit, MI 48219

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Note Payable

$75,000.00

---

**4.1 91** **World Global Financing**

Nonpriority Creditor's Name

c/o Ross Hartog
101 NE Third Ave., Suite 1210
Fort Lauderdale, FL 33301

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7832

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    DDS - Tapestry obligation

Unknown

---

**4.1 92** **Worldwide Capital Management**

Nonpriority Creditor's Name

6 Venture Suite
Suite 305
Irvine, CA 92618

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** Unk.

**When was the debt incurred?** 2011-2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Personal guaranty of corporate debt - Merchant cash advances

$119,200.00

| 4.1 93 | Zack's Plumbing | Last 4 digits of account number | Unk. | $887.00 |

Nonpriority Creditor's Name

59957 Kunstman Road

Ray Township, MI 48096

Number Street City State Zip Code

When was the debt incurred? 2011-2019

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  Potential personal liability of corporate indebtedness Professional Services

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Anthony Kahn
33110 Grand River
Farmington, MI 48336

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.36 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Anthony Kahn
33110 Grand River
Farmington, MI 48336

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.149 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Ariel Bouskila, Esq.
40 Exchange Place
Suite 1306
New York, NY 10005

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.108 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          9618

Name and Address
Ariel Bouskila, Esq.
51 Hanover Square, Suite 2102
New York, NY 10004

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.110 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Best Egg
4315 Pickett Road
Saint Joseph, MO 64503

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Bizfund
c/o Brian Schecher, Esq.
2371 McDonald Ave.
Brooklyn, NY 11223

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.24 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          2018

Name and Address
Capital for Merchants/Rapid Capital LLC
11900 Biscayne Boulevard

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.128 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Miami, FL 33181

| | Last 4 digits of account number | |
|---|---|---|

---

**Name and Address**
Capital Merchant Services, LLC
c/o Christopher Castro, Esq.
17 State Street, Suite 4000
New York, NY 10004

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.32 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          2018

---

**Name and Address**
Capital One
c/o TSYS Debt Management
PO Box 5155
Norcross, GA 30091

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.33 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Caruso Dental Laboratory, Inc.
c/o Anthony Wayne Kahn, Esq.
33110 Grand River Ave.
Farmington, MI 48336-3120

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.36 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          4182

---

**Name and Address**
Cash Crunch
2371 McDonald Ave.
Brooklyn, NY 11223

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.37 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Cash Crunch
c/o Brian Schecher
2371  McDonald Ave.
Brooklyn, NY 11223

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.37 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Cash Crunch
c/o Brian Schecher, Esq.
2371 McDonald Ave.
Brooklyn, NY 11223

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          2018

---

**Name and Address**
Cash Crunch
c/o Brian Schecher, Esq.
2371 McDonald Ave.
Brooklyn, NY 11223

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Chemical Bank
c/o Shaheen, Jacobs & Ross, PC
615 Griswold, Suite 1425
Detroit, MI 48226-3993

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.43 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Christopher LeVasseur, Esq.
Stark Reagan PC
1111 West Long Lake #202
Troy, MI 48098

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.157 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Cynthia A. Clark, Esq.
Brian H. Smith, Esq.
20 N. 3rd Street

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.48 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

---

Philadelphia, PA 19106

| | Last 4 digits of account number | 1001 |

---

**Name and Address**
David Burkhart, Esq.
500 Woodward Ave
Suite 4000
Detroit, MI 48226

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.100** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
David Cross, Esq.
535 Griswold
Suite 2300
Detroit, MI 48226

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.62** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Edmund S Yee
280 West Maple  #220
Birmingham, MI 48009

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Empire Funding
1022 Avenue M
Brooklyn, NY 11230-4712

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Empire Funding
1022 Avenue M
Brooklyn, NY 11230-4712

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.110** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Eric Joseph Carmichael, Esq.
615 Griswold St.
Suite 1425
Detroit, MI 48226-3907

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          07CB

---

**Name and Address**
ESK Funding/Daka
c/o Issac Cwibeker, Esq.
483 Chestnut St.
Cedarhurst, NY 11516

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.76** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          8161

---

**Name and Address**
ETS Dental
c/o Michael R. Stillman, Esq.
30057 Orchard Lake Road, Suite 200
Farmington Hills, MI 48334

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          54CB

---

**Name and Address**
ETS Dental
c/o Steven A. Brown, Esq.
3324 Marlane Ave.
Kalamazoo, MI 49006

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.111** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          54CZ

---

**Name and Address**
First of America Bank Corp.
1 Financial Pkwy
Kalamazoo, MI 49009-8003

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.91** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| | |
|---|---|
| **Name and Address**<br>Jeff Feasby<br>Comerica Bank Bldg<br>600 B Street - #2100<br>San Diego, CA 92101 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.138 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Kash Capital<br>475 Northern Blvd.<br>Great Neck, NY 11021-4819 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.48 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Kash Capital<br>475 Northern Blvd.<br>Flr 3, Suite 36<br>Great Neck, NY 11021-4819 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.71 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Kash Capital<br>c/o Ariel Bouskila, Esq.<br>51 Hanover Square, Suite 2102<br>New York, NY 10004 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.109 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    8518 |
| **Name and Address**<br>Lending Club<br>595 Market Street<br>Suite 200<br>San Francisco, CA 94105 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.119 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>LVNV Funding LLC<br>P O Box 10584<br>Greenville, SC 29603 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.174 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    6218 |
| **Name and Address**<br>Marlin Business Services Corp.<br>c/o Edward R. Dietz, Esq.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.125 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Max Recovery Group, LLC<br>187 Wolf Road<br>Albany, NY 12205 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>MCA Recovery LLC<br>17 State St.<br>Suite 4000<br>New York, NY 10004 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.32 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    2018 |
| **Name and Address**<br>Michael Stillman<br>30057 Orchard Lake Road #200<br>Farmington, MI 48334 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.77 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Michigan Attorney General's Office<br>Cadillac Place, 10th Floor | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.3 of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 93 of 202

3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| New York Unity Factor, LLC<br>c/o Norman M. Valz, Esq.<br>39 Broadway, Suite 230<br>New York, NY 10006 | Line 4.140 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 1261 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| ONYX IQ Inc.<br>c/o Joseph Sussman, Esq.<br>333 Pearsall Ave., Suite 205<br>Cedarhurst, NY 11516 | Line 4.144 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 4818 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| ONYX IQ Inc.<br>c/o Jonathan C. Myers, Esq.<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034 | Line 4.144 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 92CZ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Regents of the University of Michigan<br>C/O Mike Fox, Director of Budget and Fin<br>3003 South State Street<br>Ann Arbor, MI 48109 | Line 4.160 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Revenue Assurance Partners<br>19399 Helenberg Road<br>Suite 5<br>Covington, LA 70433 | Line 4.191 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 7832 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Richardo Kilpatrick, Esq.<br>Kilpatrick & Associates, P.C.<br>903 N Opdyke Road, Ste. C<br>Auburn Hills, MI 48326 | Line 4.113 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| SOFI<br>One Letterman Drive<br>Building A, Suite 4700<br>San Francisco, CA 94129 | Line 4.174 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Steven C. Lynch, Esq.<br>Muller, Muller, Richard, Harms, et. al.<br>33233 Woodward Ave.<br>Birmingham, MI 48009 | Line 4.175 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd.<br>Suite 206<br>Toledo, OH 43614-1501 | Line 4.174 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | 6218 |

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 94 of 202

| Debtor 1 | Robert W. Kamphuis, Jr. | Case number (if known) | |
|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| United States Attorneys Office<br>211 West Fort Street<br>Detroit, MI 48226 | Line **2.2** of (Check one):<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Vadim Serebro Esq.<br>55 Broadway, 3rd Floor<br>New York, NY 10006 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      2018 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| World Global Capital , LLC dba<br>Fundkite<br>30 Broad St.<br>14th Floor, Suite 14108<br>New York, NY 10004 | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 8,267,816.91 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 8,267,816.91 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 95 of 202

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                State        ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Betsy Kamphuis<br>1209 Silver Ridge Court<br>Greenville, MI 48838 | ■ Schedule D, line   2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Isabella Bank |
| 3.2 | Betsy Kamphuis<br>1209 Silver Ridge Court<br>Greenville, MI 48838 | ■ Schedule D, line   2.3<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Silver Ridge Condo Assoc |
| 3.3 | Betsy Kamphuis<br>1209 Silver Ridge Court<br>Greenville, MI 48838 | ■ Schedule D, line   2.1<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Chase Auto Finance |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | Blackjack BBQ, Rib, Kabobs, Pizza, Inc.<br>dba Rage Pizza<br>8023 Grand River Road<br>Brighton, MI 48114 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.119___<br>☐ Schedule G _____<br>Lending Club |
| 3.5 | Blackjack BBQ, Rib, Kabobs, Pizza, Inc.<br>dba Rage Pizza<br>8023 Grand River Road<br>Brighton, MI 48114 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Huntington National Bank |
| 3.6 | DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>New York Unity Factor, LLC |
| 3.7 | DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>Kash Capital |
| 3.8 | DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.109___<br>☐ Schedule G _____<br>Kash Capital |
| 3.9 | DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>Global Merchant Cash Inc. |
| 3.10 | DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Complete Business Solutions Group Inc. |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.11   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
Empire Funding

---

3.12   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
Cash Crunch

---

3.13   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
AKF, Inc. dba Fundkite

---

3.14   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.110__
☐ Schedule G _____
Kash Capital

---

3.15   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
CBSG/Par

---

3.16   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.175__
☐ Schedule G _____
Sohn Linen  Service

---

3.17   DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit, MI 48202

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
Cash Crunch

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>Chemical Bank |
| 3.19  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>Invest Detroit Foundation |
| 3.20  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>Detroit Riverview Medical Complex, LLC |
| 3.21  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>Integrity Networks, LLC |
| 3.22  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>Internal Revenue Service |
| 3.23  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>Michigan Department of Treasury |
| 3.24  DDS-Tapestry Dental, LLC<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.1__<br>☐ Schedule G _____<br>City of Detroit - Income Tax Division |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25  Deliver Dental Solutions, Inc.<br>dba Tapesry Dental<br>7310 Woodward, Suite 400<br>Detroit, MI 48202 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>Chase Bank |
| 3.26  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>James P. Stenger |
| 3.27  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Andrea Millar |
| 3.28  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Carabelli Dental |
| 3.29  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>CFO Financial Solutions |
| 3.30  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>Chester T. Coccia |
| 3.31  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Dominick N. Shoha, DDS |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.32   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.79___
☐ Schedule G _____
Gary A. Stern, DDS

---

3.33   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.80___
☐ Schedule G _____
Geetha Ommi

---

3.34   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.96___
☐ Schedule G _____
Ifechide Nwabueze

---

3.35   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
James Geist, DDS

---

3.36   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
1-800 Mini Storage of Troy

---

3.37   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
3M Unitek

---

3.38   Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
7300 Woodward, LLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Absopure Water Company |
| 3.40   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>ADP |
| 3.41   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>ADP Screening and Selection Services |
| 3.42   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>ADP, Inc. |
| 3.43   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Adrienne Mixner |
| 3.44   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Detroit Healthcare for the Homeless |
| 3.45   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Detroit Healthcare for the Homeless |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>AKF, Inc. dba Fundkite |
| 3.47    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>AM Data Service, Inc |
| 3.48    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Ambulatory Anesthesia Solutions |
| 3.49    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>Applied Imaging |
| 3.50    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Benjeman Green |
| 3.51    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Best Egg |
| 3.52    Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Bisco Dental Products |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.53    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
Blue Care Network of Michigan

---

3.54    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.27___
☐ Schedule G _____
Blue CrossBlue Shield of Mich

---

3.55    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
Blue Water Industrial Products

---

3.56    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
Brasseler USA

---

3.57    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
Bullfrog

---

3.58    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
Byline Financial Group

---

3.59    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
Caruso Dental Laboratory, Inc.

| Debtor 1 | Robert W. Kamphuis, Jr. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>Cash Crunch |
| 3.61 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Chemical Bank |
| 3.62 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>Cincinnati Insurance Company |
| 3.63 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>Cintas |
| 3.64 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>Comcast Business |
| 3.65 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Complete Business Solutions Group Inc. |
| 3.66 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>Corporate Debt Advisers |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.67    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.50_
☐ Schedule G _____
Corporation Service Company

3.68    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.51_
☐ Schedule G _____
Curve Dental

3.69    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.52_
☐ Schedule G _____
CyraCom, LLC

3.70    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.54_
☐ Schedule G _____
David M. Black, Esq.

3.71    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.59_
☐ Schedule G _____
Dell Financial

3.72    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.61_
☐ Schedule G _____
Detroit Development Fund

3.73    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line _4.64_
☐ Schedule G _____
Detroit Riverview Medical Complex, LLC

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.74    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.57__
☐ Schedule G _____
De Lage Landen Financial Services

---

3.75    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
DMC

---

3.76    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
Dr. James Boynton

---

3.77    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
Dykema Gossett

---

3.78    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
Eastman and Smith, Ltd

---

3.79    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
Empire Funding

---

3.80    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
eServices

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.81  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.75__
☐ Schedule G _____
ESK Funding/Daka

3.82  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.150__
☐ Schedule G _____
Perez, Vaughn and Feasby

3.83  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.78__
☐ Schedule G _____
Ford Credit

3.84  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
Global Merchant Cash Inc.

3.85  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
Great Lakes Orthodontic Products

3.86  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
Guardian Insurance

3.87  Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.85__
☐ Schedule G _____
Health First

Debtor 1    Robert W. Kamphuis, Jr.                                                Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.88    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.87___
☐ Schedule G _____
Henry Schein Inc.

3.89    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.88___
☐ Schedule G _____
Henry Schein Inc.

3.90    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.89___
☐ Schedule G _____
Henry Schein Orthodontics

3.91    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.90___
☐ Schedule G _____
Henry Schein Practice Solutions

3.92    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.91___
☐ Schedule G _____
Hillsboro Marine

3.93    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.92___
☐ Schedule G _____
Hope Network

3.94    Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.94___
☐ Schedule G _____
iContracts

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.95   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>Instructure, Inc |
| 3.96   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Integrity Business Solutions |
| 3.97   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>Invest Detroit Foundation |
| 3.98   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>Iron Mountain |
| 3.99   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.108___<br>☐ Schedule G _____<br>Kash Capital |
| 3.100   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.109___<br>☐ Schedule G _____<br>Kash Capital |
| 3.101   Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.111___<br>☐ Schedule G _____<br>Kennedy Business Services, Ltd dba ETS |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>2 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.117___<br>☐ Schedule G _____<br>Lakeshore Global, Inc. |
| 3.10<br>3 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.120___<br>☐ Schedule G _____<br>LN2 Gas and Supply |
| 3.10<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.121___<br>☐ Schedule G _____<br>Lothamer Dental Laboratory |
| 3.10<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Marlin Business Bank |
| 3.10<br>6 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.125___<br>☐ Schedule G _____<br>Marlin Business Bank |
| 3.10<br>7 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.129___<br>☐ Schedule G _____<br>MedaCore, LLC |
| 3.10<br>8 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.130___<br>☐ Schedule G _____<br>Midway Dental Detroit |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>9 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Midway Dental Supply |
| 3.11<br>0 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>MOA |
| 3.11<br>1 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Modio Health, Inc |
| 3.11<br>2 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>Natus Medical  Inc. |
| 3.11<br>3 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>New York Unity Factor, LLC |
| 3.11<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>Olson Dental Laboratory |
| 3.11<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.144___<br>☐ Schedule G _____<br>ONYX IQ Inc. |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.116   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.145 ☐ Schedule G _____ Ortho Cycle Company |
| 3.117   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.146 ☐ Schedule G _____ P & G Oral Health |
| 3.118   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.149 ☐ Schedule G _____ Peak Performers, Inc |
| 3.119   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.152 ☐ Schedule G _____ Praxair Distribution Inc. |
| 3.120   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.154 ☐ Schedule G _____ Private Capital Lending |
| 3.121   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.156 ☐ Schedule G _____ ProHealth Capital |
| 3.122   Deliver Dental Solutions, Inc. 7310 Woodward Ave. Suite 400 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line   4.158 ☐ Schedule G _____ Redico |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.123 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Redico Management |
| 3.124 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.160___<br>☐ Schedule G _____<br>Regents of the University of Michigan |
| 3.125 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.163___<br>☐ Schedule G _____<br>Ricoh USA, Inc. |
| 3.126 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.165___<br>☐ Schedule G _____<br>Rocket Fiber |
| 3.127 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.170___<br>☐ Schedule G _____<br>SK Dental Lab |
| 3.128 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.171___<br>☐ Schedule G _____<br>Sky Group Grand, LLC |
| 3.129 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.172___<br>☐ Schedule G _____<br>SmartPractice |

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | | |
|---|---|---|
| 3.13<br>0 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.173___<br>☐ Schedule G _____<br>Smilemakers |
| 3.13<br>1 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.174___<br>☐ Schedule G _____<br>Sofi Lending Corp Personal Loans |
| 3.13<br>2 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.175___<br>☐ Schedule G _____<br>Sohn Linen  Service |
| 3.13<br>3 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.179___<br>☐ Schedule G _____<br>Strategic Practice Solutions |
| 3.13<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>UniFirst Corporation |
| 3.13<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.186___<br>☐ Schedule G _____<br>Verizon Wireless |
| 3.13<br>6 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.187___<br>☐ Schedule G _____<br>Wells Fargo Vendor Financial Svcs |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.137 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.188___<br>☐ Schedule G _____<br>West Interactive Services Corp |
| 3.138 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.190___<br>☐ Schedule G _____<br>William Mamo and Claudine Mamo |
| 3.139 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.193___<br>☐ Schedule G _____<br>Zack's Plumbing |
| 3.140 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Aliyya Ware-Gause |
| 3.141 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Andrea Larry |
| 3.142 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Ariel Clay |
| 3.143 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 |
| | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Ashley St. Pierre |

| Debtor 1 | Robert W. Kamphuis, Jr. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Barbara Warren |
| 3.14<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Carabelli Technologies, LLC |
| 3.14<br>6 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>Charnia Hall |
| 3.14<br>7 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>David Karwacki |
| 3.14<br>8 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>Dawn Ferguson |
| 3.14<br>9 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Dena Lowe |
| 3.15<br>0 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>Dorothy Fater |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.15
1
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.72__
☐ Schedule G _____
Erica Carter

3.15
2
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.73__
☐ Schedule G _____
Erin Zajkowski

3.15
3
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
Geraldine Williams

3.15
4
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.95__
☐ Schedule G _____
Iesha Meredith

3.15
5
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.105__
☐ Schedule G _____
Janet Zalucha

3.15
6
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.106__
☐ Schedule G _____
Jessica Welch

3.15
7
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.107__
☐ Schedule G _____
Kara Gee

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.15
8
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.114___
☐ Schedule G _____
Kristen Ponichter

---

3.15
9
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.115___
☐ Schedule G _____
Kristi Thomas

---

3.16
0
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.116___
☐ Schedule G _____
LaDonia Washington

---

3.16
1
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.118___
☐ Schedule G _____
Latoya Lewis

---

3.16
2
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.122___
☐ Schedule G _____
Maribel McCarthy

---

3.16
3
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.123___
☐ Schedule G _____
Mark S. Smith, DDS

---

3.16
4
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.126___
☐ Schedule G _____
Marva Brown

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.165 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>Mary Hannawa, DDS |
| 3.166 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>Molly Doyle |
| 3.167 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>Morris Velilla |
| 3.168 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>Mossa Baghum |
| 3.169 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>Noah Mamo |
| 3.170 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.147___<br>☐ Schedule G _____<br>Patricia Rayner, PharmD BCOP |
| 3.171 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.148___<br>☐ Schedule G _____<br>Patricia Smirnes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>2 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.153___<br>☐ Schedule G _____<br>Prentis Davis |
| 3.17<br>3 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.155___<br>☐ Schedule G _____<br>Professional Endodontics PC |
| 3.17<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>Rehab Alabduljabbar |
| 3.17<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.162___<br>☐ Schedule G _____<br>Rhonda Cain |
| 3.17<br>6 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.164___<br>☐ Schedule G _____<br>Riina Elsey |
| 3.17<br>7 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.166___<br>☐ Schedule G _____<br>Sara Campbell |
| 3.17<br>8 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Sharon Clanton |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.179
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.168
☐ Schedule G _____
Sherran Haely

---

3.180
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.169
☐ Schedule G _____
Shirina Cade

---

3.181
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.176
☐ Schedule G _____
Stacey Cook

---

3.182
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.177
☐ Schedule G _____
Stephanie Turner

---

3.183
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.178
☐ Schedule G _____
Stephanie Warren

---

3.184
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.180
☐ Schedule G _____
Suha Aljuneidi

---

3.185
Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line    4.181
☐ Schedule G _____
Tiffanie Dillard

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.186  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.183___<br>☐ Schedule G _____<br>Tonya King |
| 3.187  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.110___<br>☐ Schedule G _____<br>Kash Capital |
| 3.188  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>ESK Funding/Daka |
| 3.189  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Capital Merchant Services, LLC |
| 3.190  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>CBSG/Par |
| 3.191  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.143___<br>☐ Schedule G _____<br>ONYX |
| 3.192  Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.189___<br>☐ Schedule G _____<br>WG Financing |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19<br>3 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bizfund |
| 3.19<br>4 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>24 Capital |
| 3.19<br>5 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.192___<br>☐ Schedule G _____<br>Worldwide Capital Management |
| 3.19<br>6 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Cash Crunch |
| 3.19<br>7 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>MyCare Health Center |
| 3.19<br>8 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>Kilpatrick and Assocaites |
| 3.19<br>9 | Deliver Dental Solutions, Inc.<br>7310 Woodward Ave.<br>Suite 400<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>5K Dental Lab |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 0  Deliver Dental Solutions, Inc. dba Tapesry Dental 7310 Woodward, Suite 400 Detroit, MI 48202 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.77__ ☐ Schedule G _____ ETS Dental |
| 3.20 1  Tapestry, LLC no longer operating | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.144__ ☐ Schedule G _____ ONYX IQ Inc. |
| 3.20 2  Thomas David Rose 9000 East Jefferson Ave. Apartment 8-7 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.16__ ☐ Schedule G _____ Andrea Millar |
| 3.20 3  Thomas David Rose 9000 East Jefferson Ave. Apartment 8-7 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.34__ ☐ Schedule G _____ Carabelli Dental |
| 3.20 4  Thomas David Rose 9000 East Jefferson Ave. Apartment 8-7 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.40__ ☐ Schedule G _____ CFO Financial Solutions |
| 3.20 5  Thomas David Rose 9000 East Jefferson Ave. Apartment 8-7 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.44__ ☐ Schedule G _____ Chester T. Coccia |
| 3.20 6  Thomas David Rose 9000 East Jefferson Ave. Apartment 8-7 Detroit, MI 48214 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.66__ ☐ Schedule G _____ Dominick N. Shoha, DDS |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.20 7    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.79___
☐ Schedule G _____
Gary A. Stern, DDS

---

3.20 8    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.80___
☐ Schedule G _____
Geetha Ommi

---

3.20 9    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.96___
☐ Schedule G _____
Ifechide Nwabueze

---

3.21 0    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
James Geist, DDS

---

3.21 1    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
1-800 Mini Storage of Troy

---

3.21 2    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
3M Unitek

---

3.21 3    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
7300 Woodward, LLC

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.214 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Absopure Water Company |
| 3.215 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>ADP |
| 3.216 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>ADP Screening and Selection Services |
| 3.217 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>ADP, Inc. |
| 3.218 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Adrienne Mixner |
| 3.219 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Detroit Healthcare for the Homeless |
| 3.220 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Detroit Healthcare for the Homeless |

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>AKF, Inc. dba Fundkite |
| 3.22<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>AM Data Service, Inc |
| 3.22<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Ambulatory Anesthesia Solutions |
| 3.22<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>Applied Imaging |
| 3.22<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Benjeman Green |
| 3.22<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Best Egg |
| 3.22<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Bisco Dental Products |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.228 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>Blue Care Network of Michigan |
| 3.229 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Blue CrossBlue Shield of Mich |
| 3.230 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>Blue Water Industrial Products |
| 3.231 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>Brasseler USA |
| 3.232 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Bullfrog |
| 3.233 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Byline Financial Group |
| 3.234 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Caruso Dental Laboratory, Inc. |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.23 5** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
Cash Crunch

---

**3.23 6** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
Chemical Bank

---

**3.23 7** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.45___
☐ Schedule G _____
Cincinnati Insurance Company

---

**3.23 8** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.46___
☐ Schedule G _____
Cintas

---

**3.23 9** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
Comcast Business

---

**3.24 0** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
Complete Business Solutions Group Inc.

---

**3.24 1** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
Corporate Debt Advisers

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>Corporation Service Company |
| 3.24<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>Curve Dental |
| 3.24<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>CyraCom, LLC |
| 3.24<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>David M. Black, Esq. |
| 3.24<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Dell Financial |
| 3.24<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>Detroit Development Fund |
| 3.24<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>Detroit Riverview Medical Complex, LLC |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>9 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>De Lage Landen Financial Services |
| 3.25<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>DMC |
| 3.25<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Dr. James Boynton |
| 3.25<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Dykema Gossett |
| 3.25<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>Eastman and Smith, Ltd |
| 3.25<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Empire Funding |
| 3.25<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>eServices |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>ESK Funding/Daka |
| 3.25<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.150__<br>☐ Schedule G _____<br>Perez, Vaughn and Feasby |
| 3.25<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>Ford Credit |
| 3.25<br>9 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>Global Merchant Cash Inc. |
| 3.26<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>Great Lakes Orthodontic Products |
| 3.26<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>Guardian Insurance |
| 3.26<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>Health First |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.26 3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 |
| 3.26 4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 |

**3.26 3** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.87__
☐ Schedule G _____
Henry Schein Inc.

**3.26 4** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.88__
☐ Schedule G _____
Henry Schein Inc.

**3.26 5** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.89__
☐ Schedule G _____
Henry Schein Orthodontics

**3.26 6** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.90__
☐ Schedule G _____
Henry Schein Practice Solutions

**3.26 7** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.91__
☐ Schedule G _____
Hillsboro Marine

**3.26 8** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.92__
☐ Schedule G _____
Hope Network

**3.26 9** Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line __4.94__
☐ Schedule G _____
iContracts

| Debtor 1 | Robert W. Kamphuis, Jr. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.27<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>Instructure, Inc |
| 3.27<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>Integrity Business Solutions |
| 3.27<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>Invest Detroit Foundation |
| 3.27<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>Iron Mountain |
| 3.27<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>Kash Capital |
| 3.27<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.109__<br>☐ Schedule G _____<br>Kash Capital |
| 3.27<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>Kennedy Business Services, Ltd dba ETS |

Debtor 1    Robert W. Kamphuis, Jr.    Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.27
7
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.117
☐ Schedule G _____
Lakeshore Global, Inc.

3.27
8
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.120
☐ Schedule G _____
LN2 Gas and Supply

3.27
9
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.121
☐ Schedule G _____
Lothamer Dental Laboratory

3.28
0
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.124
☐ Schedule G _____
Marlin Business Bank

3.28
1
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.125
☐ Schedule G _____
Marlin Business Bank

3.28
2
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.129
☐ Schedule G _____
MedaCore, LLC

3.28
3
Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line   4.130
☐ Schedule G _____
Midway Dental Detroit

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.28<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Midway Dental Supply |
| 3.28<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>MOA |
| 3.28<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Modio Health, Inc |
| 3.28<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>Natus Medical  Inc. |
| 3.28<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>New York Unity Factor, LLC |
| 3.28<br>9 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>Olson Dental Laboratory |
| 3.29<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.144___<br>☐ Schedule G _____<br>ONYX IQ Inc. |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29 1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>Ortho Cycle Company |
| 3.29 2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>P & G Oral Health |
| 3.29 3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.149___<br>☐ Schedule G _____<br>Peak Performers, Inc |
| 3.29 4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>Praxair Distribution Inc. |
| 3.29 5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.154___<br>☐ Schedule G _____<br>Private Capital Lending |
| 3.29 6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>ProHealth Capital |
| 3.29 7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.158___<br>☐ Schedule G _____<br>Redico |

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.298 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.159__<br>☐ Schedule G _____<br>Redico Management |
| 3.299 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.160__<br>☐ Schedule G _____<br>Regents of the University of Michigan |
| 3.300 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>Ricoh USA, Inc. |
| 3.301 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>Rocket Fiber |
| 3.302 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.170__<br>☐ Schedule G _____<br>SK Dental Lab |
| 3.303 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.171__<br>☐ Schedule G _____<br>Sky Group Grand, LLC |
| 3.304 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>SmartPractice |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.30<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.173___<br>☐ Schedule G _____<br>Smilemakers |
| 3.30<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.174___<br>☐ Schedule G _____<br>Sofi Lending Corp Personal Loans |
| 3.30<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.175___<br>☐ Schedule G _____<br>Sohn Linen  Service |
| 3.30<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.179___<br>☐ Schedule G _____<br>Strategic Practice Solutions |
| 3.30<br>9 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>UniFirst Corporation |
| 3.31<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.186___<br>☐ Schedule G _____<br>Verizon Wireless |
| 3.31<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.187___<br>☐ Schedule G _____<br>Wells Fargo Vendor Financial Svcs |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.188___<br>☐ Schedule G _____<br>West Interactive Services Corp |
| 3.31<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.190___<br>☐ Schedule G _____<br>William Mamo and Claudine Mamo |
| 3.31<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.193___<br>☐ Schedule G _____<br>Zack's Plumbing |
| 3.31<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>Aliyya Ware-Gause |
| 3.31<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Andrea Larry |
| 3.31<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Ariel Clay |
| 3.31<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Ashley St. Pierre |

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.319 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Barbara Warren |
| 3.320 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>Carabelli Technologies, LLC |
| 3.321 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>Charnia Hall |
| 3.322 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>David Karwacki |
| 3.323 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>Dawn Ferguson |
| 3.324 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Dena Lowe |
| 3.325 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>Dorothy Fater |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.32<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Erica Carter |
| 3.32<br>7 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>Erin Zajkowski |
| 3.32<br>8 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Geraldine Williams |
| 3.32<br>9 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>Iesha Meredith |
| 3.33<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>Janet Zalucha |
| 3.33<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Jessica Welch |
| 3.33<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.107___<br>☐ Schedule G _____<br>Kara Gee |

| Debtor 1 | Robert W. Kamphuis, Jr. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.33<br>3     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.114<br>☐ Schedule G _____<br>Kristen Ponichter

---

3.33<br>4     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.115<br>☐ Schedule G _____<br>Kristi Thomas

---

3.33<br>5     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.116<br>☐ Schedule G _____<br>LaDonia Washington

---

3.33<br>6     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.118<br>☐ Schedule G _____<br>Latoya Lewis

---

3.33<br>7     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.122<br>☐ Schedule G _____<br>Maribel McCarthy

---

3.33<br>8     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.123<br>☐ Schedule G _____<br>Mark S. Smith, DDS

---

3.33<br>9     Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214

☐ Schedule D, line _____<br>■ Schedule E/F, line   4.126<br>☐ Schedule G _____<br>Marva Brown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

19-45450-pjs    Doc 1    Filed 04/10/19    Entered 04/10/19 14:06:16    Page 145 of 202

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.34<br>0 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.127__<br>☐ Schedule G ____<br>Mary Hannawa, DDS |
| 3.34<br>1 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.134__<br>☐ Schedule G ____<br>Molly Doyle |
| 3.34<br>2 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.135__<br>☐ Schedule G ____<br>Morris Velilla |
| 3.34<br>3 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.136__<br>☐ Schedule G ____<br>Mossa Baghum |
| 3.34<br>4 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.141__<br>☐ Schedule G ____<br>Noah Mamo |
| 3.34<br>5 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.147__<br>☐ Schedule G ____<br>Patricia Rayner, PharmD BCOP |
| 3.34<br>6 | Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.148__<br>☐ Schedule G ____<br>Patricia Smirnes |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.347    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.153___
☐ Schedule G _____
Prentis Davis

---

3.348    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.155___
☐ Schedule G _____
Professional Endodontics PC

---

3.349    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.161___
☐ Schedule G _____
Rehab Alabduljabbar

---

3.350    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.162___
☐ Schedule G _____
Rhonda Cain

---

3.351    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.164___
☐ Schedule G _____
Riina Elsey

---

3.352    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.166___
☐ Schedule G _____
Sara Campbell

---

3.353    Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.167___
☐ Schedule G _____
Sharon Clanton

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.354 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.168<br>☐ Schedule G _____<br>Sherran Haely |
| 3.355 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.169<br>☐ Schedule G _____<br>Shirina Cade |
| 3.356 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.176<br>☐ Schedule G _____<br>Stacey Cook |
| 3.357 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.177<br>☐ Schedule G _____<br>Stephanie Turner |
| 3.358 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.178<br>☐ Schedule G _____<br>Stephanie Warren |
| 3.359 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.180<br>☐ Schedule G _____<br>Suha Aljuneidi |
| 3.360 Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line   4.181<br>☐ Schedule G _____<br>Tiffanie Dillard |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.36
1   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.183___
☐ Schedule G _____
Tonya King

---

3.36
2   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.110___
☐ Schedule G _____
Kash Capital

---

3.36
3   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.76___
☐ Schedule G _____
ESK Funding/Daka

---

3.36
4   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
Capital Merchant Services, LLC

---

3.36
5   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
CBSG/Par

---

3.36
6   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.143___
☐ Schedule G _____
ONYX

---

3.36
7   Thomas David Rose
    9000 East Jefferson Ave.
    Apartment 8-7
    Detroit, MI 48214

☐ Schedule D, line _____
■ Schedule E/F, line ___4.189___
☐ Schedule G _____
WG Financing

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.368    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bizfund |
| 3.369    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>24 Capital |
| 3.370    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.192___<br>☐ Schedule G _____<br>Worldwide Capital Management |
| 3.371    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Cash Crunch |
| 3.372    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>MyCare Health Center |
| 3.373    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>Kilpatrick and Assocaites |
| 3.374    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>5K Dental Lab |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37<br>5    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>Integrity Networks, LLC |
| 3.37<br>6    Thomas David Rose<br>9000 East Jefferson Ave.<br>Apartment 8-7<br>Detroit, MI 48214 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>ETS Dental |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | Pastor |
| | Employer's name | | St. Paul Luthern Church |
| | Employer's address | | 9844 S. Greenville Road<br>Greenville, MI 48838 |
| | How long employed there? | | 2008 |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $        4,754.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $          0.00 | $        4,754.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 4,754.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 4,754.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: Housing allowance | 8h.+ | $ 0.00 + | $ 800.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 800.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 +    $ 5,554.00 =    $ 5,554.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 5,554.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:    Debtor is currently seeking new employment

Fill in this information to identify your case:

Debtor 1     Robert W. Kamphuis, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
   Debtor 2.                  each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $       631.00

   **If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 189.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 200.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.    Electricity, heat, natural gas | 6a. $ 265.00 |
| | 6b.    Water, sewer, garbage collection | 6b. $ 35.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 430.00 |
| | 6d.    Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 650.00 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 120.00 |
| 10. | **Personal care products and services** | 10. $ 50.00 |
| 11. | **Medical and dental expenses** | 11. $ 700.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 732.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.    Life insurance | 15a. $ 0.00 |
| | 15b.    Health insurance | 15b. $ 0.00 |
| | 15c.    Vehicle insurance | 15c. $ 146.00 |
| | 15d.    Other insurance. Specify:    Long term disability | 15d. $ 350.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ 251.00 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c.    Other. Specify: | 17c. $ 0.00 |
| | 17d.    Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | |
| | 20a.    Mortgages on other property | 20a. $ 0.00 |
| | 20b.    Real estate taxes | 20b. $ 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify:    Miscellaneous exp. (postage, tabs, gifts, emergencies) | 21. +$ 100.00 |
| | Pet care | +$ 50.00 |
| | Non-filing spouses credit card payments monthly | +$ 100.00 |
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ 5,549.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ 5,549.00 |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ 5,554.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ 5,549.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ 5.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
■ Yes.        Explain here: Debtor seeking employment

Fill in this information to identify your case:

Debtor 1     Robert W. Kamphuis, Jr.

        First Name        Middle Name        Last Name

Debtor 2

(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number

(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Robert W. Kamphuis, Jr.             X _____

   Robert W. Kamphuis, Jr.                  Signature of Debtor 2
   Signature of Debtor 1

   Date   April 9, 2019                  Date _____

| | |
|---|---|
| Debtor 1 | Robert W. Kamphuis, Jr. |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $4,500.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $75,836.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $163,092.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | Capital loss | Unknown | | |
| | Other losses | Unknown | | |
| | Schedule E loss | Unknown | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | Capital loss $-3,000 | $0.00 | | |
| | Other losses<br>$-26,510.00 | $0.00 | | |
| | Schedule E loss<br>$-654,763.00 | $0.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   - ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
     - ■ No.    Go to line 7.
     - ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| ESK Funding vs. Debtor, et. al. Case No. 18-808161 | Collection | Erie County Supreme Court | ■ Pending ☐ On appeal ☐ Concluded |
| ONYX IQ Inc. vs. Debtor, et. al. Case No. 3772014  514448-18 | Collection | Kings Borough Supreme Court Civil Division | ☐ Pending ☐ On appeal ☐ Concluded |
| Kash Capital vs. Debtor, et. al. Case No. EF0054852018 | Collection | Orange County Supreme Court NY | ☐ Pending ☐ On appeal ☐ Concluded |
| Kash Capital vs. Debtor, et. al. Case No. EFF00549618 | Collection | Orange County Supreme Court NY | ☐ Pending ☐ On appeal ☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Kennedy Business Services, Ltd vs. Deliver Dental Institute<br>Case No. 19-000754-CZ | Collection | 3rd Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Chemical Bank vs. DDS-Tapestry, LLC<br>Case No. 19-003607-CB | Collection | 3rd Circuit Court<br>3 Woodward Ave.<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Complete Business Solutions Group, Inc. dba Par Funding vs. Debtor, et. al.<br>Case ID 190301001 | Collection | Court of Common Please Philadelphia County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| ETS Dental vs. Deliver Dental Solutions, Inc.<br>Case No. 19-000754-CB | Collection | 3rd District Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Integrity Networks, LLC vs. DDS-Tapestry, LLC<br>Case No. 19-003355-CB | Collection | 3rd Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Sohn Linen Services vs DDS-Tapestry<br>19-142408 | Collection | 36th District Court<br>421 Madison Ave<br>5th Floor<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| World Globe Capital dba Fundkiet Funding vs Debtor<br>118228-2018 | Collection | Supreme Court of New York Ontario County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Caruso Dental Labs vs DDS<br>18-174182 | Collection | 36th District Court<br>421 Madison Ave<br>5th Floor<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Capital Meerchant LLC vs Debtor<br>118248-2018 | Collection | Supteme Court of New York Ontario County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Cash Crunch vs Debtor<br>118221-2015 | Collection | Supteme Court of New York Ontarion County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| BizFund LLC vs Debtor<br>118221-2018 | Collection | Supreme Court of New York Ontario County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| National Funding Inc vs Debtor<br>30-2018-01015244- CU-BC-CJC | Collection | Superior Court for the State of CA<br>Orange County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| New York Unity Factor vs Debtor<br>18-151261 | | Supreme Court of New York<br>Richmond County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Peak Performers vs Debtor<br>18-0092063-CB | Collection | Wayne County Circuit Court<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7300 Woodward LLC vs Debtor | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Detroit Riverview Medical Complex vs Debtor<br>18-348110-LT | Collection | 36th District Court<br>421 Madison Ave<br>5th Floor<br>Detroit, MI 48226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| ONYX IQ Inc vs Debtor<br>19-001892-CZ | Collection | Wayne County Circuit Court<br>Detroit, MI 48226 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Puckett, Clement and Schellenberg vs Debtor<br>19-172803 | Collection | Oakland County Circuit Court<br>1200 North Telegraph<br>Pontica, MI | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Kathleen Kamphuis | Cash | Various | $1,000.00 |
| Person's relationship to you: Sister | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (*Number, Street, City, State and ZIP Code*) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| St. Paul Luthern Church | Cash - approx. $250.00 weekly | Various | $25,980.00 |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| GreenPath Inc.<br>20100 Civic Center Drive<br>Suite 216<br>Southfield, MI 48076 | Credit Counseling | 2/9/19 | $25.00 |

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gold, Lange & Majoros 24901 Northwestern Hwy Suite 444 Southfield, MI 48075 | Attorney Fees | 2/12/19 - $5,000.00 + $335.00 filing fees for Debtor and Thomas rose, business parter - Deliver Dental Solutions, Inc. | $5,335.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Non-insider None | 3044 West Genesee Ave., Saginaw, MI 48602 | Sold for approx. $58,000.00 - no net to Debtor, loss = $-26,228.00 | approx. 8/2017 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP<br>Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and<br>ZIP Code) | Environmental law, if you<br>know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Deliver Dental Solutions, Inc. dba Tapesry Dental 7310 Woodward Suite 400 Detroit, MI 48202 | Dental Services Organization Puckett, Clement and Schellenberg, PC 1111 W. Long Lake Road Suite 200 Troy, MI  48098 | **EIN:**    27-3028561 **From-To**   approx. 7/1/2011 - present |
| Blackjack BBQ, Rib, Kabobs, Pizza, Inc. dba Rage Pizza 8023 Grand River Road Brighton, MI 48114 | Pizza store None | **EIN:**    81-1329201 **From-To**   approx. 2016 - present |
| DDS-Tapestry Dental, LLC dba Tapestry Dental 7310 Woodward Suite 400 Detroit, MI 48202 | Dental Surgery Center Puckett, Clement and Schellenberg, PC 1111 W. Long Lake Road Suite 200 Troy, MI  48098 | **EIN:**    81-3218500 **From-To**   approx. 2017-2018 |
| Caring4Nurses, Inc. c/o Dennis Conlin 6043 Redondo Drive Haslett, MI 48840 | | **EIN:**    61-1433435 **From-To**   11/7/03 - 7/15/18 |
| Belize Resort Holdings, LLC | | **EIN:**    38-3460571 **From-To** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Chemical Bank | |
| Detroit Dev Fund | |
| Invest Detroit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

## Part 12:    Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Robert W. Kamphuis, Jr.
_____          _____
Robert W. Kamphuis, Jr.                      **Signature of Debtor 2**
**Signature of Debtor 1**

**Date**   April 9, 2019                     **Date**   _____
_____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Robert W. Kamphuis, Jr.              Case No. _____

                                Debtor(s)       Chapter     7

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.      The undersigned is the attorney for the Debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ ]     **FLAT FEE**

       A.       For legal services rendered in contemplation of and in connection with this case,
             exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

       B.       Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .    _____

       C.       The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

     [ X ]    **RETAINER**

       A.       Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5,000.00

       B.       The undersigned shall bill against the retainer at an hourly rate of    hourly    . [See attached firm hourly rate schedule.]
             Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.      $ \_\_\_335.00\_\_\_ of the filing fee has been paid.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

       A.       Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

       B.       Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

       C.       Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

       ~~D.       Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

       E.       Reaffirmations;

       F.       Redemptions;

       G.       Other:

5.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:
             Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding

6.      The source of payments to the undersigned was from:

       A.    _____    Debtor(s)' earnings, wages, compensation for services performed

       B.    \_\_\_XX\_\_\_    Other (describe, including the identity of payor)    Deliver Dental Solutions, Inc.

7.      The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    April 10, 2019                                 /s/ Stuart A. Gold

                                                    Attorney for the Debtor(s)
                                                    Stuart A. Gold P27766
                                                    Gold, Lange & Majoros PC
                                                    24901 Northwestern Hwy.
                                                    Suite 444
                                                    Southfield, MI 48075
                                                    (248) 350-8220 sgold@glmpc.com

Agreed:    /s/ Robert W. Kamphuis, Jr.
              Robert W. Kamphuis, Jr.
              Debtor                                                            Debtor

## GOLD, LANGE & MAJOROS, P.C. HOURLY RATES

STUART A. GOLD, Attorney                    $395.00

ELIAS T. MAJOROS, Attorney                  $350.00

JOHN C. LANGE, Attorney                     $350.00

JOHN W. NEMECEK, Attorney                   $275.00

JASON P. SMALARZ, Attorney                  $275.00

DENISE WHITE, Paralegal                     $125.00

TONI WILLIS, Paralegal                      $ 95.00

CHRISTEN WILDER, Paralegal                  $ 85.00


H:\Toni\HOURLY2.wpd

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
| --- | --- |
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Robert W. Kamphuis, Jr.                      Case No. _____

                                  Debtor(s)       Chapter     7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    April 9, 2019 _____        /s/ Robert W. Kamphuis, Jr. _____

                                                    Robert W. Kamphuis, Jr.

                                                    Signature of Debtor

1-800 Mini Storage of Troy
2477 W. Maple
Troy MI 48084


24 Capital
135 E. 57th
New York NY 10022


3M Unitek
2724 Peck Road
Monrovia CA 91016


5K Dental Lab
23225 Northwestern Hwy.
Southfield MI 48075


7300 Woodward, LLC
c/o Paul Huth
645 Griswold Street, Suite 43
Detroit MI 48226


Absopure Water Company
Dept. # 959314
PO Box 701760
Plymouth MI 48170


ADP
PO Box 842875
Boston MA 02284-2875


ADP Screening and Selection Services
PO Box 645177
Cincinnati OH 45264-5177


ADP, Inc.
PO Box 842875 Boston, MA 02284-2875
Boston MA 02284-2875

Adrienne Mixner
3136 Pearl
Warren MI 48091


AKF, Inc. dba Fundkite
29 W. 17th St.
New York NY 10011-5512


Aliyya Ware-Gause
15050 Glastonbur
Detroit MI 48223


AM Data Service, Inc
33097 Schoolcraft Rd
Livonia MI 48150


Ambulatory Anesthesia Solutions
Attn: Accounts Receivable
904 Hadden Ave
Howell MI 48843


Andrea Larry
8183 Parkland
Redford MI 48239


Andrea Millar
18576 Flamingo
Livonia MI 48152


Anthony Kahn
33110 Grand River
Farmington MI 48336


Applied Imaging
7718 Solution Center
Chicago IL 60677-7000

Ariel Bouskila, Esq.
40 Exchange Place
Suite 1306
New York NY 10005


Ariel Bouskila, Esq.
51 Hanover Square, Suite 2102
New York NY 10004


Ariel Clay
29090 Longview
Warren MI 48093


Ashley St. Pierre
1790 Lakeshore Rd, 123, South Woodslee
Ontario N0R1V0, Canada


Barbara Warren
5701 Bloomfield Drive
Grandville MI 49418


Benjeman Green
4850 23rd Street
Detroit MI 48208


Best Egg
1523 Concord Pike
Wilmington DE 19809-3000


Best Egg
4315 Pickett Road
Saint Joseph MO 64503


Betsy Kamphuis
1209 Silver Ridge Court
Greenville MI 48838

Bisco Dental Products
1100 W. Irving Park Road
Schaumburg IL 60193


Bizfund
2371 McDonald Ave.
2nd Floor
Brooklyn NY 11223


Bizfund
c/o Brian Schecher, Esq.
2371 McDonald Ave.
Brooklyn NY 11223


Blackjack BBQ
8023 Grand River Road
Brighton MI 48114


Blackjack BBQ, Rib, Kabobs, Pizza, Inc.
dba Rage Pizza
8023 Grand River Road
Brighton MI 48114


Blue Care Network of Michigan
PO Box 33608
Detroit MI 48232-5608


Blue CrossBlue Shield of Mich
P O Box 674416
Detroit MI 48267-4416


Blue Water Industrial Products
37280 Green Street
New Baltimore MI 48047


Brasseler USA
One Brasseler Blvd.
Savannah GA 31419

Bullfrog
901 Tower Drive
Suite 305
Troy MI 48098


Byline Financial Group
Accounts Receivable Bin 88205
Milwaukee WI 53288-8205


Capital for Merchants/Rapid Capital  LLC
11900 Biscayne Boulevard
Miami FL 33181


Capital Merchant Services, LLC
30 Broad St
14th Floor
New York NY 10004


Capital Merchant Services, LLC
c/o Christopher Castro, Esq.
17 State Street, Suite 4000
New York NY 10004


Capital One
PO Box 34631
Seattle WA 98124-1631


Capital One
c/o TSYS Debt Management
PO Box 5155
Norcross GA 30091


Carabelli Dental
1443 S. Main Street
Royal Oak MI 48067


Carabelli Technologies, LLC
1442 S. Main Street
Royal Oak MI 48067

Caruso Dental Laboratory, Inc.
32238 Schoolcraft Rd., Ste F-4
Livonia MI 48150


Caruso Dental Laboratory, Inc.
c/o Anthony Wayne Kahn, Esq.
33110 Grand River Ave.
Farmington MI 48336-3120


Cash Crunch
30 Broad St.
Ste. 1201
New York NY 10004-2902


Cash Crunch
2371 McDonald Ave.
Brooklyn NY 11223


Cash Crunch
c/o Brian Schecher
2371  McDonald Ave.
Brooklyn NY 11223


Cash Crunch
c/o Brian Schecher, Esq.
2371 McDonald Ave.
Brooklyn NY 11223


CBSG/Par
22 N. 3rd St.
Philadelphia PA 19106


CFO Financial Solutions
18503 Clairmont Circle E.
Northville MI 48168


Charnia Hall
1556 E. Lafayette
Detroit MI 48207

Chase Auto Finance
PO Box 9001083
Louisville KY 40290-1083


Chase Bank
Cardmember Service
PO Box 94014
Palatine IL 60094-4014


Chemical Bank
333 E. Main Street
Midland MI 48640


Chemical Bank
c/o Shaheen, Jacobs & Ross, PC
615 Griswold, Suite 1425
Detroit MI 48226-3993


Chester T. Coccia
6649 Carlisle Ct.
West Bloomfield MI 48322


Christopher LeVasseur, Esq.
Stark Reagan PC
1111 West Long Lake #202
Troy MI 48098


Cincinnati Insurance Company
PO Box 145620
Cincinnati OH 45250-5620


Cintas
P.O. Box 630910
Cincinnati OH 45263


City of Detroit - Income Tax Division
2 Woodward Ave.
Room 512
Detroit MI 48226

Comcast Business
41112 Concept Dr.
Plymouth MI 48170


Complete Business Solutions Group Inc.
dba Par Funding
20 N. 3rd St.
Philadelphia PA 19106-2118


Corporate Debt Advisers
3333 S Congress Ave
Suite 303
Delray Beach FL 33445


Corporation Service Company
PO Box 2576
Springfield IL 62708-2576


Curve Dental
424 E. 800 N.
Suite 202
Orem UT 84057


Cynthia A. Clark, Esq.
Brian H. Smith, Esq.
20 N. 3rd Street
Philadelphia PA 19106


CyraCom, LLC
PO Box 74008083
Chicago IL 60674-8083


David Burkhart, Esq.
500 Woodward Ave
Suite 4000
Detroit MI 48226

David Cross, Esq.
535 Griswold
Suite 2300
Detroit MI 48226


David Karwacki
2255 E. Gunn Road
Rochester MI 48306


David M. Black, Esq.
Somers & Schwartz
1 Towne Square, Suite 1700
Southfield MI 48076


Dawn Ferguson
18889 Hanna
Melvindale MI 48122


DDS -Tapestry
c/o Robert Kamphuis
1209 Silver Ridge Court
Greenville MI 48838


DDS-Tapestry Dental, LLC
7310 Woodward Ave.
Suite 400
Detroit MI 48202


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne PA 19087-1453


Deliver Dental Solution, Inc
c/o Robert Kamphuis
1209 Silver Ridge Court
Greenville MI 48838

```
Deliver Dental Solutions, Inc.
dba Tapesry Dental
7310 Woodward, Suite 400
Detroit MI 48202


Deliver Dental Solutions, Inc.
7310 Woodward Ave.
Suite 400
Detroit MI 48214


Dell Financial
PO Box 6403
Carol Stream IL 60197-6403


Dena Lowe
25972 Briartown Blvd
Detroit MI 48051


Detroit Development Fund
3031 W. Grand Blvd.
Suite 505
Detroit MI 48202


Detroit Healthcare for the Homeless
Advantage Community Health Centers
100 Talon Centre Building, Suite 450
Detroit MI 48207


Detroit Healthcare for the Homeless
Advantage Health Centers
15400 W. McNichols, Suite 400
Detroit MI 48235


Detroit Riverview Medical Complex, LLC
c/o Paul Huth, Esq.
 645 Griswold Street, Suite 4300
Detroit MI 48226
```

DMC
4201 St. Antoine, UHC, 4G3
Detroit MI 48201


Dominick N. Shoha, DDS
2879 Chestnut Run Drive
Bloomfield Hills MI 48302


Dorothy Fater
22945 Champaign
Taylor MI 48180


Dr. James Boynton
391 E Huron River Drive
Belleville MI 48109


Dykema Gossett
400 Renaissance Center
Detroit MI 48243


Eastman and Smith, Ltd
One Seagate, 24th Floor
PO Box 10032
Toledo OH 43699-0032


Edmund S Yee
280 West Maple #220
Birmingham MI 48009


Empire Funding
1022 Avenue M
Brooklyn NY 11230-4712


Eric Joseph Carmichael, Esq.
615 Griswold St.
Suite 1425
Detroit MI 48226-3907

Erica Carter
530 W. Lantz
Highland Park MI 48203


Erin Zajkowski
1032 Lake Pointe
Grosse Pointe MI 48230


eServices
Dept CH 14200
Palatine IL 60055


ESK Funding/Daka
132 Franklin Place
Suite 490
Woodmere NY 11598


ESK Funding/Daka
c/o Issac Cwibeker, Esq.
483 Chestnut St.
Cedarhurst NY 11516


ETS Dental
c/o Samantha Cole, Esq.
3760 Sixes Road, Suite 126
Canton GA 30114


ETS Dental
c/o Michael R. Stillman, Esq.
30057 Orchard Lake Road, Suite 200
Farmington Hills MI 48334


ETS Dental
c/o Steven A. Brown, Esq.
3324 Marlane Ave.
Kalamazoo MI 49006

First of America Bank Corp.
1 Financial Pkwy
Kalamazoo MI 49009-8003


Ford Credit
PO Box 552679
Detroit MI 48255-2679


Gary A. Stern, DDS
2727 Bay Drive W.
West Bloomfield MI 48324


Geetha Ommi
14736 Mack Ave.
Detroit MI 48215


Geraldine Williams
19686 Raleigh Circle North
Southfield MI 48076


Global Merchant Cash Inc.
64 Beaver St.
Ste. 415
New York NY 10004-2508


Great Lakes Orthodontic Products
200 Cooper Ave.
Tonawanda NY 14150


Guardian Insurance
P O Box 677458
Dallas TX 75267-7458


Health First
HF Acquisition CO, LLC
Dept. CH 14330
Palatine IL 60055

Henry Ford Health System
PO Box 553920
Detroit MI 48255


Henry Schein Inc.
Dept CH 10241
Palatine IL 60055-0241


Henry Schein Orthodontics
1822 Aston Ave
Carlsbad CA 92008


Henry Schein Practice Solutions
1220 South 630 East
Suite 100
American Fork UT 84003


Hillsboro Marine
3000 N. Federal Hwy.
Pompano Beach FL 33064-6852


Hope Network
3075 Orchard Vista Drive
Grand Rapids MI 49546


Huntington National Bank
PO Box 182387
Columbus OH 43218-2387


iContracts
1011 US Route 22 West
Suite 104
Bridgewater NJ 08807


Iesha Meredith
3250 Burlingame
Detroit MI 48206

Ifechide Nwabueze
30645 Leemoor St.
Bevelry Hills MI 48025


Instructure, Inc
6330 South 3000 East
Suite 700
Salt Lake City UT 84121


Integrity Business Solutions
26107 Sherwood Ave
Warren MI 48091


Integrity Networks, LLC
c/o Edmund S. Yee, Esq.
280 W. Maple Road, Ste 220
Birmingham MI 48009-3344


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346


Invest Detroit Foundation
600 Renaissance Center
Suite 1710
Detroit MI 48243


Iron Mountain
PO Box 27128
New York NY 10087-7128


Isabella Bank
PO Box 100
Mount Pleasant MI 48804-0100


J.W. Henry  Watson
18530 Mack Avenue
Grosse Pointe MI 48236

James Geist, DDS
2700 Martin Luther King Blvd
Detroit MI 48208


James P. Stenger
966 Lincoln
Grosse Pointe MI 48230


Janet Zalucha
311 Plymouth Road
Apt. 308
Plymouth MI 48170


Jeff Feasby
Comerica Bank Bldg
600 B Street - #2100
San Diego CA 92101


Jessica Welch
21260 Cyman
Warren MI 48091


Kara Gee
1060 Fairholme Road
Grosse Pointe Woods MI 48236


Kash Capital
475 Northern Blvd.
Great Neck NY 11021-4819


Kash Capital
475 Northern Blvd.
Flr 3, Suite 36
Great Neck NY 11021


Kash Capital
475 Northern Blvd.
Flr 3, Suite 36
Great Neck NY 11021-4819

Kash Capital
c/o Ariel Bouskila, Esq.
51 Hanover Square, Suite 2102
New York NY 10004


Kennedy Business Services, Ltd dba ETS
c/o Michael R. Stillman, Esq.
30057 Orchard Lake Road, Ste. 200
Farmington Hills MI 48334-2265


Kilpatrick & Associates, PC
903 North Opdyke Road
Suite C
Auburn Hills MI 48326


Kilpatrick and Assocaites
903 N. Opdyke
Suite C
Auburn Hills MI 48326


Kristen Ponichter
1210 Morse Ave.
Apt. 24
Royal Oak MI 48067


Kristi Thomas
17360 Rainbow Drive
Lathrup Village MI 48076


LaDonia Washington
14046 Artesian
Detroit MI 48223


Lakeshore Global, Inc.
7310 Woodward Ave.
Suite 500
Detroit MI 48202

Latoya Lewis
18520 W. 9 Mile Road
Southfield MI 48075


Lending Club
71 Stevenson Street, Suite 300
San Francisco CA 94105


Lending Club
595 Market Street
Suite 200
San Francisco CA 94105


LN2 Gas and Supply
12620 Southfield
Detroit MI 48223


Lothamer Dental Laboratory
66 N. Saginaw Street
Lapeer MI 48446


LVNV Funding LLC
P O Box 10584
Greenville SC 29603


Maribel McCarthy
26525 Pennie Street
Dearborn Heights MI 48125


Mark S. Smith, DDS
2825 Tallahassee Dr
Rochester Hills MI 48306


Marlin Business Bank
300 Fellowship Road
Mount Laurel NJ 08054

Marlin Business Services Corp.
c/o Edward R. Dietz, Esq.
300 Fellowship Road
Mount Laurel NJ 08054


Marva Brown
3703 Russell Street
Detroit MI 48207


Mary Hannawa, DDS
5432 Provincial Dr.
Bloomfield Hills MI 48302


Max Recovery Group, LLC
187 Wolf Road
Albany NY 12205


MCA Recovery LLC
17 State Street, Suite 4000
New York NY 10004


MCA Recovery LLC
17 State St.
Suite 4000
New York NY 10004


MedaCore, LLC
1942 Hopedale
Troy MI 48085


Michael Stillman
30057 Orchard Lake Road #200
Farmington MI 48334


Michigan Attorney General's Office
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Ste 10-200
Detroit MI 48202

Michigan Department of Treasury
Bankruptcy Unit
PO Box 30168
Lansing MI 48909


Midway Dental Detroit
23399 Commerce Dr
Suite B1
Farmington Hills MI 48335


Midway Dental Supply
32553 Schoolcraft Rd
Livonia MI 48150


MOA
910 Bloomcrest Drive
Bloomfield Hills MI 48304


Modio Health, Inc
2228 West Great Neck Rd
Suite 205
Virginia Beach VA 23451


Molly Doyle
1552 Devon Lane
Troy MI 48084


Morris Velilla
1 Brady Lane
Beverly Hills MI 48025


Mossa Baghum
1990 Golfview Drive
Apt. 205
Troy MI 48084

MyCare Health Center
c/o The Allen Law Group
2500 Fisher Bldg, 3011 West Grand Blvd.
Detroit MI 48202-3030


National Funding, Inc.
c/o James Hawley, Esq
9820 Towne Centre
San Diego CA 92101


Natus Medical  Inc.
P.O. Box 3604
Carol Stream IL 60132


New York Unity Factor, LLC
c/o CBSG
22 N. 3rd Street
Philadelphia PA 19106


New York Unity Factor, LLC
c/o Norman M. Valz, Esq.
39 Broadway, Suite 230
New York NY 10006


Noah Mamo
2570 Maplewood
Royal Oak MI 48073


Olson Dental Laboratory
16404 Nineteen Mile Rd.
Clinton Township MI 48038


ONYX
30 Broad St.
New York NY 10004


ONYX IQ Inc.
30 Broad St.
New York NY 10004

ONYX IQ Inc.
c/o Joseph Sussman, Esq.
333 Pearsall Ave., Suite 205
Cedarhurst NY 11516


ONYX IQ Inc.
c/o Jonathan C. Myers, Esq.
27777 Franklin Road, Suite 2500
Southfield MI 48034


Ortho Cycle Company
2026 Scott Street
Hollywood FL 33020


P & G Oral Health
24808 Network Place
Chicago IL 60673


Patricia Rayner, PharmD BCOP
24808 Network Place
Chicago IL 60673


Patricia Smirnes
29790 Boewe Drive
Warren MI 48092


Peak Performers, Inc
c/o Anthony Wayne Kahn
33110 Grand River Ave
Farmington Hills MI 48336


Perez, Vaughn and Feasby
600 B Street
Suite 2100
San Diego CA 92101


PNC Bank
PO Box 856177
Louisville KY 40285-6177

Praxair Distribution Inc.
Dept CH 10660
Palatine IL 60055-0660


Prentis Davis
419 Illinois Street
Park Forest IL 60466


Private Capital Lending
400 Renaissance Center
Suite 2600
Detroit MI 48243


Professional Endodontics PC
29201 Telegraph
STE 525
Southfield MI 48034


ProHealth Capital
PO Box 41602
Philadelphia PA 19101-1602


Puckett, Clement and Schellenberg, PC
1111 W. Long Lake Road
Suite 200
Troy MI 48098


Redico
P.O. Box 467
Emerson NJ 07630


Redico Management
1 Towne Square
Suite 1600
Southfield MI 48075


Regents of the University of Michigan
PO Box 223131
Pittsburgh PA 15251

Regents of the University of Michigan
C/O Mike Fox, Director of Budget and Fin
3003 South State Street
Ann Arbor MI 48109


Rehab Alabduljabbar
25459 Sullivan Lane
Novi MI 48375


Revenue Assurance Partners
19399 Helenberg Road
Suite 5
Covington LA 70433


Rhonda Cain
9267 W. Pickwick Circle
Taylor MI 48180


Richardo Kilpatrick, Esq.
Kilpatrick & Associates, P.C.
903 N Opdyke Road, Ste. C
Auburn Hills MI 48326


Ricoh USA, Inc.
PO Box 802815
Chicago IL 60680-2815


Riina Elsey
855 St. Claire Avenue
Grosse Pointe MI 48230


Rocket Fiber
1505 Woodward Ave
Suite 300
Detroit MI 48226


Sara Campbell
26810 Fairfield Ave.
Warren MI 48089

Sharon Clanton
26044 Falmouth Dr.
Warren MI 48089


Sherran Haely
31420 John R Rd.
Apt. 115
Madison Heights MI 48071


Shirina Cade
14027 Patton
Detroit MI 48223


SK Dental Lab
23225 Northwestern Hwy
Southfield MI 48075


Sky Group Grand, LLC
7310 Woodward
Suite 500
Detroit MI 48202


SmartPractice
PO Box 29222
Phoenix AZ 85038-9222


Smilemakers
P.O. Box 2543
Spartanburg SC 29304


SOFI
One Letterman Drive
Building A, Suite 4700
San Francisco CA 94129


Sofi Lending Corp Personal Loans
PO Box 654158
Dallas TX 75265

Sohn Linen  Service
P O Box 2115
Lansing MI 48909


Stacey Cook
23180 Suffield
Brownstown MI 48174


Stephanie Turner
16262 Andover Drive
Clinton Township MI 48035


Stephanie Warren
9580 Piedmont
Detroit MI 48828


Steven C. Lynch, Esq.
Muller, Muller, Richard, Harms, et. al.
33233 Woodward Ave.
Birmingham MI 48009


Strategic Practice Solutions
8187 Rhode Dr.
STE B
Shelby Township MI 48022


Suha Aljuneidi
5000 Heather Drive
Apt 103
Dearborn MI 48126


Thomas David Rose
9000 East Jefferson Ave.
Apartment 8-7
Detroit MI 48214


Tiffanie Dillard
6471 Piedmont Street
Detroit MI 48228

Tim Weeks
901 Wilshire Blvd
Suite 300
Troy MI 48084


Tonya King
4760 Princess
Detroit MI 48125


UniFirst Corporation
6400 Monroe Blvd.
Taylor MI 48180


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo OH 43614-1501


United States Attorneys Office
211 West Fort Street
Detroit MI 48226


US Bank
4325 17th Ave S.
Fargo ND 58125


Vadim Serebro Esq.
55 Broadway, 3rd Floor
New York NY 10006


Verizon Wireless
P.O. Box 15062
Albany NY 12212-5062


Wells Fargo Vendor Financial Svcs
PO BOX 650016
Dallas TX 75265-0016

West Interactive Services Corp
Dept # 1343
Denver CO 80256-0001


WG Financing
141 NE 3rd Ave.
Miami FL 33132


William Mamo and Claudine Mamo
16779 Sunderland
Detroit MI 48219


World Global Capital , LLC dba Fundkite
30 Broad St.
14th Floor, Suite 14108
New York NY 10004


World Global Financing
c/o Ross Hartog
101 NE Third Ave., Suite 1210
Fort Lauderdale FL 33301


Worldwide Capital Management
6 Venture Suite
Suite 305
Irvine CA 92618


Zack's Plumbing
59957 Kunstman Road
Ray Township MI 48096